```
                           United States Bankruptcy Court
                                 District of Oregon
In re:                                                       Case No. 19-31883-dwh
15005 NW Cornell LLC                                         Chapter 11
         Debtor             CERTIFICATE OF NOTICE
District/off: 0979-3         User: Admin.              Page 1 of 2              Date Rcvd: May 24, 2019
                             Form ID: 309F             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2019.
db              15005 NW Cornell LLC,    237 NW Skyline Blvd,    Portland, OR  97210-1053
aty            +ELEANOR A. DUBAY,    Tomasi Salyer Martin,    121 SW Morrison St,    Suite 1850,
                 Portland, OR 97204-3120
smg            +Dept of Justice,    Division of Child Support,    Attn: Bankruptcy Unit,    POB 14670,
                 Salem, OR 97309-5013
smg            +US Attorney General,    Department of Justice,    10th & Constitution NW,
                 Washington, DC 20530-0001
101916313      +Alexander LLC,   Attn: Alexander Logan,    19830 W Dixie Mt. Rd,    North Plains OR 97133-8215
101916314       Attorney General of the US,    U.S. Department of Justice,    950 Pennsylvania Avenue, NW,
                 Washington DC 20530-0001
101916315       Beaverton Chamber of Commerce,    412600 SW Cres St #160,    Beaverton OR 97005
101916316      +Christiana LLC,   Attn: Christiana Logan,    19830 W Dixie Mt. Rd,    North Plains OR 97133-8215
101916321      +Cornell Rd LLC,   Attn: Lillian Logan,    19830 W Dixie Mt. Rd,    North Plains OR 97133-8215
101916317      +Dan Logan,    19830 W Dixie Mt. Rd,   North Plains OR 97133-8215
101916318      +Daniel Lorenz,    521 SW Clay St.,    Portland OR 97201-5407
101916319      +Gregory Miner,    888 SW 5th Ave, Suite 1250,    Portland OR 97204-2026
101916322       Office of the Attorney General,    Oregon Department of Justice,    1162 Court St. NE,
                 Salem OR  97301-4096
101916324      +Oregon Dept. of Consumer,    & Business Services,    350 Winter St NE 2nd Floor,
                 Salem OR 97301-3875
101916325      +Oregon Secretary of State,    Public Service Building,    255 Capitol St. NE, Suite 151,
                 Salem OR 97310-1304
101916326      +Oregon State Treasury,    900 Court Street, Room 159,    Salem OR 97301-4042
101916329      +Washington County,    Dept of HHS - Code Enforcement,    155 N. First Ave, MS 5A,
                 Hillsboro OR 97124-3001
101916328      +Washington County Assessment,    & Taxation,    155 N. First Ave,    Hillsboro OR 97124-3001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dpahl@perkinscoie.com May 25 2019 02:01:51      DOUGLAS R PAHL,
                 1120 NW Couch St 10th Fl,    Portland, OR  97209-4128
smg             E-mail/Text: cio.bncmail@irs.gov May 25 2019 02:02:03      IRS,    IRS,    PO Box 7346,
                 Philadelphia, PA  19101-7346
smg             E-mail/Text: bankruptcy.revenue@oregon.gov May 25 2019 02:01:53      ODR Bkcy,
                 955 Center NE #353,    Salem, OR  97301-2555
smg            +E-mail/Text: usaor.bankruptcy@usdoj.gov May 25 2019 02:02:36      US Attorney,    US Attorney,
                 1000 SW 3rd Ave #600,    Portland, OR  97204-2936
ust            +E-mail/Text: ustpregion18.pl.ecf@usdoj.gov May 25 2019 02:02:12      US Trustee, Portland,
                 620 SW Main St #213,    Portland, OR  97205-3026
101916323      +E-mail/Text: bankruptcy.revenue@oregon.gov May 25 2019 02:01:53
                 Oregon Department of Revenue,    955 Center Street NE,    Salem OR 97301-2555
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
101916320*     +Internal Revenue Service,    PO Box 7346,    Philadelphia PA 19101-7346
101916327    ##+Tasha Teherani-Ami,    9419 NW Ember Lane,    Portland OR 97229-6518
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2019                                   Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2019 at the address(es) listed below:
NONE.                                                                                           TOTAL: 0

| | |
|---|---|
| Debtor | **15005 NW Cornell LLC**     EIN: 61–1759156 |
| | Name |
| United States Bankruptcy Court   District of Oregon | Date case filed for chapter:   11   5/21/19 |
| Case number:   19–31883–dwh11 | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case     12/17

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | 15005 NW Cornell LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 237 NW Skyline Blvd<br>Portland, OR 97210–1053 | |
| 4. | **Debtor's attorney**<br>Name and address | DOUGLAS R PAHL<br>1120 NW Couch St 10th Fl<br>Portland, OR 97209–4128 | Contact phone (503) 727–2087 |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1050 SW 6th Ave. #700<br>Portland, OR 97204 | Office Hours 9:00 a.m. – 4:30 p.m.<br><br>Contact phone 503–326–1500 |
| 6. | **Meeting of creditors**<br>The debtor's representative, as specified in Bankruptcy rule 9001(5), must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **June 18, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Photo ID is required. | Location:<br><br>**US Trustee's Office, 620 SW Main St Rm 223, Portland, OR 97205** |

**For more information, see page 2 >**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim: 7/30/19**  For a governmental unit: **See Fed. Rule Bankr. Proc. 3002(c)(1)**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be completed and filed at https://www.orb.uscourts.gov or any bankruptcy clerk's office. **Please file proof of claim electronically at https://www.orb.uscourts.gov. No password or login required.**

Your claim will be allowed in the amount scheduled unless:

- your claim is designated as *disputed*, *contingent*, or *unliquidated*;
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**

The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.

**Deadline for filing the complaint:**   8/19/19 |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| 12. | **Court Information and Legal Advice** | Court information is available at https://www.orb.uscourts.gov. For account numbers, etc. contact the debtor's attorney. Contact your own attorney with other questions and to protect your rights. The clerk's office staff is forbidden by law from giving legal advice. |