Douglas Pahl, OR Bar No. 950476
DPahl@perkinscoie.com
Matthew Mertens, OR Bar No. 146288
MMertens@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Proposed Counsel for Debtor and Debtor-in-Possession
*15005 NW Cornell LLC*

Nicholas J. Henderson, OSB No. 074027
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

Proposed Counsel for Debtor and Debtor-in-Possession
*Vahan M. Dinihanian, Jr.*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>15005 NW CORNELL LLC, and<br><br>VAHAN M. DINIHANIAN, JR.<br><br>Debtors.[1] | Bankruptcy Case Nos.:<br><br>19-31883-dwh11 (Lead Case)<br><br>19-31886-dwh11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on June 12, 2019, they caused the following documents to be served via U.S. Mail to the parties listed on the respective attached service list and further caused each of the following documents to be served on all CM/ECF participants listed on the respective attached service list via the CM/ECF system upon the document's respective date of filing or entry by the Court:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are : 15005 NW Cornell LLC (5523) and Vahan M. Dinihanian, Jr. (0871).

PAGE 1- CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

134541-0001/144662523.1

Case 19-31883-dwh11    Doc 25    Filed 06/12/19

1. *Debtor 15005 NW Cornell LLC's Submission Regarding Filing of Financial Documents* (Dkt. No. 24; filed June 11, 2019).

Dated: June 12, 2019

**PERKINS COIE LLP**

By: */s/ Douglas R. Pahl*
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
Matthew J. Mertens, OSB No. 146288
MMertens@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Proposed Counsel for Debtor and Debtor-in-Possession
*15005 NW Cornell LLC*

PAGE 2- CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

134541-0001/144662523.1

Case 19-31883-dwh11    Doc 25    Filed 06/12/19

**Served via CM/ECF filing system:**

| | | |
|---|---|---|
| Tasha Teherani-Ami<br>9419 NW Ember Lane<br>Portland OR 97229 | Stephen Arnot<br>U.S. Trustee, Portland<br>620 SW Main St. #213<br>Portland, OR 97205 | Nicholas J. Henderson<br>Motschenbacher & Blattner, LLP<br>117 SW Taylor Street, Ste. 300<br>Portland, OR 97204-3029 |

**Served via U.S. Mail First Class:**

| | | |
|---|---|---|
| 15005 NW Cornell LLC<br>237 NW Skyline Blvd.<br>Portland, OR 97210-1053 | Stephen Arnot<br>U.S. Trustee, Portland<br>620 SW Main St. #213<br>Portland, OR 97205 | Alexander LLC<br>Attn: Alexander Logan<br>19830 W Dixie Mt. Rd<br>North Plains OR 97133 |
| Attorney General of the US<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 | Beaverton Chamber of Commerce<br>412600 SW Cres St #160<br>Beaverton OR 97005 | Christiana LLC<br>Attn: Christiana Logan<br>19830 W Dixie Mt. Rd<br>North Plains OR 97133 |
| Dan Logan<br>19830 W Dixie Mt. Rd<br>North Plains OR 97133 | Daniel Lorenz<br>521 SW Clay St.<br>Portland OR 97201 | Gregory Miner<br>888 SW 5th Ave, Suite 1250<br>Portland OR 97204 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia PA 1910-7346 | Cornell Rd LLC<br>Attn: Lillian Logan<br>19830 W Dixie Mt. Rd<br>North Plains OR 97133 | Office of the Attorney General<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem OR 97301-4096 |
| Oregon Department of Revenue<br>955 Center Street NE<br>Salem OR 97309-5018 | Oregon Dept. of Consumer<br>& Business Services<br>350 Winter St NE 2nd Floor<br>Salem OR 97301 | Oregon Secretary of State<br>Public Service Building<br>255 Capitol St. NE, Suite 151<br>Salem OR 97310 |
| Oregon State Treasury<br>900 Court Street, Room 159<br>Salem OR 97301 | Tasha Teherani-Ami<br>9419 NW Ember Lane<br>Portland OR 97229 | Tasha L. Teherani-Ami, as Trustee<br>of Sonia Dinihanian GST Trust<br>DTS 1/11/11<br>1133 NW 92nd Ave.<br>Portland, OR 97229-5301 |
| Washington County<br>Dept of HHS - Code Enforcement<br>155 N. First Ave, MS 5A<br>Hillsboro OR 97124 | Washington County Assessment<br>& Taxation<br>155 N. First Ave<br>Hillsboro OR 97124 | Thomas A. Bittner<br>Schulte Anderson, et al.<br>811 SW Naito Pkwy. Suite 500<br>Portland, OR 97204-3335 |

PAGE 3- CERTIFICATE OF SERVICE

134541-0001/144662523.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 19-31883-dwh11    Doc 25    Filed 06/12/19

Multnomah County Assessment,
Recording & Taxation
PO Box 2716
Portland, OR 97208-2716

Eagle Holdings LLC
237 NW Skyline Blvd.
Portland, OR 97210-1053

Nicholas J. Henderson
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Ste. 300
Portland, OR 97204-3029

Vahan M. Dinihanian Jr.
237 NW Skyline Blvd.
Portland, OR 97210-1053

PAGE 4- CERTIFICATE OF SERVICE

134541-0001/144662523.1

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 19-31883-dwh11    Doc 25    Filed 06/12/19