**Nicholas J. Henderson, OSB#074027**
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

Of Proposed Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>15005 NW Cornell LLC; and<br>Vahan M. Dinihanian, Jr.,<br><br>                Debtors. | Bankruptcy Case Nos.:<br><br>19-31883-dwh11 (Lead Case)<br>19-31886-dwh11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11<br><br>STATEMENT OF VAHAN M. DINIHANIAN, JR. IN ADVANCE OF CASE MANAGEMENT CONFERENCE |

Debtor-in-Possession, Vahan Dinihanian, Jr. (the "Debtor"), submits this report in advance of the Case Management Conference scheduled for June 18, 2019, at 2:30 p.m. In anticipation of the topics to be discussed, the Debtor submits the following:

**1. Debtor's Business Operations and Cash Flow Analysis.**

The Debtor is an individual who owns and operates multiple business entities, including several entities that own and lease commercial real estate, a floral products business, and entities that provide engineering and consulting services. The Debtor anticipates his monthly income

Page 1 of 3     CASE MANAGEMENT STATEMENT

{00278131:2}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-31883-dwh11     Doc 31     Filed 06/14/19

and expenses for the upcoming 120-day period to correspond to the Schedules I & J filed by the Debtor in this case.

**2. Motion for Relief from Stay.**

No motions for relief have been filed, and none are anticipated in the foreseeable future.

**3. Leases / Executory Contracts.**

Debtor leases a portion of his personal residence (barns, shop, outbuildings, etc.) to Eagle Holdings, LLC, one of the Debtor's affiliates, which uses the property to conduct business activities. The lease arrangement is an informal month-to-month lease, which the Debtor anticipates continuing.

**4. Prepetition Taxes / Historical Financial Information for the Past Three Years.**

Attached as <u>Exhibit A</u> is a summary of the Debtor's historical financial information for the three years prior to the Petition. The Debtor's income is not seasonal, so the summary was prepared on a year-by-year basis.

**5. Statement of Income and Expenses since the Filing of the Petition.**

Debtor's income from and expenses since the filing of the Petition consist solely of personal living and household expenses that were incurred in the ordinary course of Debtor's business. Such expenses include fuel for vehicles, groceries, utilities, etc. Debtor asserts that the income and expenses incurred since the filing of the petition have been consistent with the income and expenses listed in Schedules I and J, filed herein.

**6. Employment of Professionals and Estimate of Professional Fees.**

As of the date hereof, the Debtor has applied for the authority to employ the law firm of Motschenbacher & Blattner, LLP as general bankruptcy counsel. In the near future, Debtor will

Page 2 of 3    CASE MANAGEMENT STATEMENT

{00278131:2}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-31883-dwh11    Doc 31    Filed 06/14/19

be applying for authority to employ an accountant.  A monthly budget for these professionals is attached as <u>Exhibit B</u>.  Estimated professional fees are as follows:

<u>Estimated Professional Fees:</u>
Motschenbacher & Blattner, LLP                $100,000
Accountant – Delap, LLP                       $3,000

These budgets are based on good faith estimates and no assurance can be given that the actual amounts will not exceed the estimates.  All professionals reserve the right to amend their budgets or apply for professional fees and/or expenses in excess of the budgeted amounts.

Dated:  June 14, 2019.                        MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB No. 074027
Of Attorneys for Debtor

Page 3 of 3     CASE MANAGEMENT STATEMENT

{00278131:2}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-31883-dwh11    Doc 31    Filed 06/14/19

# EXHIBIT A
# DEBTOR'S HISTORIC FINANCIAL INFORMATION

|  | **2017** | **2018** | **YTD 2019** |
|---|---|---|---|
| **Gross Income** | (-334,977) | Currently Unknown – Debtor's Taxes are to be prepared upon employment of accountant | $100,000 (Estimated aggregate gross income for multiple business entities, without deductions for expenses) |

# EXHIBIT B
# PROFESSIONAL FEE ESTIMATES

| Professional | June 2019 | July 2019 | August 2019 | September 2019 | October 2019 | November 2019 | Totals |
|---|---|---|---|---|---|---|---|
| Motschenbacher & Blattner LLP | $25,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $100,000 |
| Delap, LLP | $0 | $0 | $0 | $5,000 | $0 | $0 | $5,000 |

In re: 15005 NW Cornell LLC
Case No. 19-31883-dwh11 (Lead Case); and
In re: Vahan M. Dinihanian, Jr.
Case No. 19-31886-dwh11 (Jointly Adminsitered)

# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below the foregoing STATEMENT OF VAHAN M. DINIHANIAN, JR. IN ADVANCE OF CASE MANAGEMENT CONFERENCE was served electronically on the following CM/ECF participants registered to receive notice in the above-referenced cases:

- STEPHEN P ARNOT    steve.arnot@usdoj.gov
- ELEANOR A. DUBAY    edubay@tomasilegal.com, jramig@tomasilegal.com
- NICHOLAS J HENDERSON    nhenderson@portlaw.com, tsexton@portlaw.com;mperry@portlaw.com;hendersonnr86571@notify.bestcase.com
- DOUGLAS R PAHL    dpahl@perkinscoie.com, nlesage@perkinscoie.com;docketpor@perkinscoie.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

I further certify that on the date set forth below, the foregoing document was served via first-class mail, postage prepaid, on the following parties:

NONE

Dated: June 14, 2019          /s/ Nicholas J. Henderson
                              Nicholas J. Henderson, OSB No. 074027
                              Attorney For Debtor Vahan M. Dinihanian, Jr.