Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>15005 NW CORNELL, LLC and VAHAN DINIHANIAN, Jr.,<br><br>Debtor(s). | Case No. 19-31883-swh11<br><br>Case No. 19-31886-dwh11<br><br>(administratively consolidated)<br><br>**ORDER AFTER HEARING SETTING DEADLINES TO FILE DISCLOSURE STATEMENT AND PLAN AND OTHER INFORMATION** |

Following the Case Management Conference on June 18, 2019, the Honorable David W. Hercher, having reviewed the file and the agreement of the Debtor and The United States Trustee ("UST") as to certain deadlines set forth herein, and other good cause appearing,

IT IS HEREBY ORDERED that:

1. The deadline for the Debtor to file a Disclosure Statement and Plan of Reorganization is August 19, 2019.

2. The Debtor shall provide to The United States Trustee the

**Page 1 of 2 – ORDER SETTING DEADLINES TO FILE DISCLOSURE STATEMENT, PLAN AND OTHER INFORMATION**

debtors' 2018 tax returns for the consolidated debtors by October 15, 2019.

      3.      The debtor shall further provide, within 14 days of entry of this order, the following: 1) The operating agreement and any amendments for 15005 NW Cornell, LLC., and Eagle Holdings, LLC: 3) copies of the assignment/transfers of the debtor's membership interest to Eagle Holdings LLC; and 4) all offers to purchase on the real property owned, in part, by 15005 NW Cornell LLC.

###

I hereby certify that I have complied with the requirements of LBR 9021-1(a)(2)(B).

Presented by:

GREGORY M. GARVIN
Acting United States Trustee for Region 18

/s/ Stephen Arnot
STEPHEN ARNOT OSB # 070765
Assistant United States Trustee
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Rm. 213
Portland, OR  97205
Telephone:  (503) 326-4004
Email:  steve.arnot@usdoj.gov

Service List:

All ECF Participants

**Page 2 of 2 – ORDER SETTING DEADLINES TO FILE DISCLOSURE STATEMENT, PLAN AND OTHER INFORMATION**