DISTRICT OF OREGON
**F I L E D**
July 24, 2019
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>15005 NW CORNELL LLC; and VAHAN M. DINIHANIAN, JR.,<br><br>Debtors. | Bankruptcy Case Nos.:<br><br>19-31883-dwh11 (Lead Case)<br>19-31886-dwh11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11<br><br>ORDER AUTHORIZING EMPLOYMENT OF BANKRUPTCY COUNSEL FOR DEBTOR *NUNC PRO TUNC* (5/21/19) (MOTSCHENBACHER & BLATTNER, LLP) |

THIS MATTER having come before the Court on the Amended Application for Authorization to Employ Bankruptcy Counsel *Nunc Pro Tunc* [Doc. 48] (the "Amended Application"), filed by Vahan M. Dinihanian, Jr., ("Debtor"), for an order authorizing him to employ Motschenbacher & Blattner, LLP ("M&B") *nunc pro tunc* as of the May 21, 2019 (the

Page 1 of 3    ORDER AUTHORIZING EMPLOYMENT OF BANKRUPTCY COUNSEL FOR DEBTOR *NUNC PRO TUNC*

{00280934:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-31883-dwh11    Doc 60    Filed 07/24/19

"Petition Date") as bankruptcy counsel; the Court having reviewed the motion and accompanying 2014 statement, and;

IT APPEARING TO THE COURT as follows:

A. The Amended Application sets forth an explanation of why it was not filed on the Petition Date;

B. The work which was done by M&B during the interval between the filing of the petition and the filing of the application for employment (the "Interim Services") benefitted the estate.

C. On the matter upon which the firm is to be engaged, M&B's employment is necessary and would be in the best interest of the estate;

D. On July 3, 2019, notice of the Debtor's Amended Application was mailed to creditors and parties in interest. The time for filing an objection to the Amended Application having expired without the filing of any objections and the Court being otherwise fully advised,

IT IS HEREBY ORDERED as follows:

1. Debtor's Amended Application is approved;

2. Debtor is authorized to employ the law firm of M & B *nunc pro tunc* as of the Petition Date as Debtor's Chapter 11 counsel to represent Debtor in conducting the case, and on the terms set forth in M&B's Attorney/Client Fee Agreement (the "M&B Fee Agreement"), which was filed as Exhibit A to Exhibit 1 to the Amended Application;[1]

3. The terms and conditions of the M&B Fee Agreement are approved, except as amended by this Order; and

---

[1] A copy of the M&B Fee Agreement can be obtained by contacting Counsel for Vahan M. Dinihanian Jr.

Page 2 of 3   ORDER AUTHORIZING EMPLOYMENT OF BANKRUPTCY
COUNSEL FOR DEBTOR *NUNC PRO TUNC*

{00280934:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-31883-dwh11    Doc 60    Filed 07/24/19

4. The Debtor shall pay said attorneys for their services, and shall reimburse expenses incurred by said attorneys, only upon the entry of an order of the Court approving such fees and expenses under 11 U.S.C § 330, and other applicable provisions of the Bankruptcy Code and Local Bankruptcy Rules.

# # #

Order Presented by:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0500
E-mail: nhenderson@portlaw.com
Of Attorneys for Debtor

**PARTIES TO SERVE**

**ECF Electronic Service:**

All parties to receive notice via the Court's CM/ECF system.

**First-Class Mail:**

NONE

Page 3 of 3  ORDER AUTHORIZING EMPLOYMENT OF BANKRUPTCY
COUNSEL FOR DEBTOR *NUNC PRO TUNC*

{00280934:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-31883-dwh11    Doc 60    Filed 07/24/19