Douglas Pahl, OR Bar No. 950476
DPahl@perkinscoie.com
Matthew Mertens, OR Bar No. 146288
MMertens@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Counsel for Debtor and Debtor-in-Possession
*15005 NW Cornell LLC*

Nicholas J. Henderson, OSB No. 074027
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

Counsel for Debtor and Debtor-in-Possession
*Vahan M. Dinihanian, Jr.*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>15005 NW CORNELL LLC, and<br><br>VAHAN M. DINIHANIAN, JR.<br><br>Debtors.[1] | Bankruptcy Case Nos.:<br><br>19-31883-dwh11 (Lead Case)<br><br>19-31886-dwh11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11<br><br>**DECLARATION OF NO OBJECTION TO DEBTORS' MOTIONS TO EXTEND TIME TO FILE MONTHLY OPERATING REPORTS** |

I, Douglas R. Pahl, declare as follows:

I am an attorney at Perkins Coie LLP and represent Debtor 15005 NW Cornell LLC ("**Cornell**").

I make this declaration based on personal knowledge and am competent to testify to the matters herein.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: 15005 NW Cornell LLC (5523) and Vahan M. Dinihanian, Jr. (0871).

PAGE 1- DECLARATION OF NO OBJECTION TO DEBTORS' MOTIONS TO EXTEND TIME TO FILE MONTHLY OPERATING REPORTS
134541-0001/145172722.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 19-31883-dwh11    Doc 68    Filed 07/31/19

1. On July 22, 2019, Debtor Vahan Dinihanian, Jr. ("**Dinihanian**") filed a Motion to Extend Time to File Monthly Operating Report (Dkt. 40) in case number 19-31886-dwh11 for their June report.

2. On July 22, 2019, Cornell filed a Motion to Extend Time to File Monthly Operating Report (Dkt. 58) in case number 19-31883-dwh11 for its June report.

3. On July 24, 2019, Dinihanian filed a Second Motion to Extend Time to File Monthly Operating Report (Dkt. 61) in case number 19-31883-dwh11 for their June report.

4. On July 24, 2019, Cornell filed a Second Motion to Extend Time to File Monthly Operating Report (Dkt. 62) in case number 19-31883-dwh11 for its June report.

5. On July 31, 2019, I conferred with Stephen P. Arnot, Assistant United States Trustee for Region 18, on the above-referenced motions.

6. Mr. Arnot indicated the United States Trustee had no objections to the above-referenced motions.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: July 31, 2019        */s/ Douglas R. Pahl*
                            Douglas R. Pahl

PAGE 2- DECLARATION OF NO OBJECTION TO DEBTORS' MOTIONS TO EXTEND TIME TO FILE MONTHLY OPERATING REPORTS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

134541-0001/145172722.1

Case 19-31883-dwh11    Doc 68    Filed 07/31/19

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 31, 2019, they caused the foregoing document to be served via U.S. Mail to the parties listed on the respective attached service list and further caused each of the following documents to be served on all CM/ECF participants listed on the respective attached service list via the CM/ECF system.

Dated: July 31, 2019      **PERKINS COIE LLP**

By: */s/ Douglas R. Pahl*
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
Matthew J. Mertens, OSB No. 146288
MMertens@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Counsel for Debtor and Debtor-in-Possession
*15005 NW Cornell LLC*

PAGE 1- CERTIFICATE OF SERVICE

134541-0001/145172722.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 19-31883-dwh11    Doc 68    Filed 07/31/19

# SERVICE LIST

**Served via CM/ECF filing system:**

Tasha Teherani-Ami
9419 NW Ember Lane
Portland OR 97229

Stephen Arnot
U.S. Trustee, Portland
620 SW Main St. #213
Portland, OR 97205

**Served via U.S. Mail First Class:**

15005 NW Cornell LLC
237 NW Skyline Blvd.
Portland, OR 97210-1053

Stephen Arnot
U.S. Trustee, Portland
620 SW Main St. #213
Portland, OR 97205

Alexander LLC
Attn: Alexander Logan
19830 W Dixie Mt. Rd
North Plains OR 97133

Attorney General of the US
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

Beaverton Chamber of Commerce
412600 SW Cres St #160
Beaverton OR 97005

Christiana LLC
Attn: Christiana Logan
19830 W Dixie Mt. Rd
North Plains OR 97133

Dan Logan
19830 W Dixie Mt. Rd
North Plains OR 97133

Daniel Lorenz
521 SW Clay St.
Portland OR 97201

Gregory Miner
888 SW 5th Ave, Suite 1250
Portland OR 97204

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 1910-7346

Cornell Rd LLC
Attn: Lillian Logan
19830 W Dixie Mt. Rd
North Plains OR 97133

Office of the Attorney General
Oregon Department of Justice
1162 Court St. NE
Salem OR 97301-4096

Oregon Department of Revenue
955 Center Street NE
Salem OR 97309-5018

Oregon Dept. of Consumer
& Business Services
350 Winter St NE 2nd Floor
Salem OR 97301

Oregon Secretary of State
Public Service Building
255 Capitol St. NE, Suite 151
Salem OR 97310

Oregon State Treasury
900 Court Street, Room 159
Salem OR 97301

Tasha L. Teherani-Ami, in her personal
capacity and as Trustee of Sonia
Dinihanian GST Trust DTS 1/11/11
9419 NW Ember Lane
Portland OR 97229

Marlin Financial
300 Fellowship Rd.
Mount Laurel, NJ 08054

PAGE 1- SERVICE LIST

134541-0001/145172722.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 19-31883-dwh11   Doc 68   Filed 07/31/19

Washington County
Dept of HHS - Code Enforcement
155 N. First Ave, MS 5A
Hillsboro OR 97124

Washington County Assessment
& Taxation
155 N. First Ave
Hillsboro OR 97124

Thomas A. Bittner
Schulte Anderson, et al.
811 SW Naito Pkwy. Suite 500
Portland, OR 97204-3335

Multnomah County Assessment,
Recording & Taxation
PO Box 2716
Portland, OR 97208-2716

Eagle Holdings LLC
237 NW Skyline Blvd.
Portland, OR 97210-1053

Nicholas J. Henderson
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Ste. 300
Portland, OR 97204-3029

Vahan M. Dinihanian Jr.
237 NW Skyline Blvd.
Portland, OR 97210-1053

Bateman Seidel
c/o Gregory Miner
888 SW Fifth Avenue, Ste. 1250
Portland, OR 97204

Columbia State Bank
c/o Hadley S. Robbins, President
1301 A Street
Tacoma, WA 98402

Envisiontec, Inc.
15162 S. Commerce Dr.
Dearborn, MI 48120

PAGE 2- SERVICE LIST

134541-0001/145172722.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222