UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
March 20, 2020
Clerk, U.S. Bankruptcy Court
BY DEPUTY

In re
**15005 NW Cornell LLC**
Debtor(s)

Case No. **19−31883−dwh11**

NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that a Hearing at which testimony will be received if offered and admissible, will be held:

**DATE:** 5/28/20     **TIME:** 09:00 AM

**LOCATION:** US Bankruptcy Court, Courtroom #3, 1050 SW 6th Ave., 7th Floor, Portland, OR 97204

to consider and act upon the following:

Notice of Hearing and Motion for Relief from Stay and Supporting Document(s) Filed by Creditor Tasha Teherani−Ami. (DUBAY, ELEANOR) (106)

Application to Employ Bateman Seidel P.C. as Attorneys in Washington County Case No. 18CV17059 Filed by Debtor 15005 NW Cornell LLC, Jointly Administered Debtor Vahan M. Dinihanian Jr. (PAHL, DOUGLAS) (138)

Motion to Dismiss Case and Supporting Document(s). Reason: for lack of authority to file and for cause Filed by Interested Party Tasha Teherani−Ami, in her capacity as the trustee of the Sonja Dinihanian GST Trust DTS 1/1/11 (ORR, BRUCE) (139)

Motion to Dismiss Case and Supporting Document(s). Reason: for cause Filed by Creditor Tasha Teherani−Ami (DUBAY, ELEANOR)(158)

Joint Disclosure Statement Filed by Debtor 15005 NW Cornell LLC (Re:161 Joint Chapter 11 Plan of Reorganization Filed by Debtor 15005 NW Cornell LLC (PAHL, DOUGLAS)). (PAHL, DOUGLAS) (162)

Notice of Final Hearing and Motion For Authority to Obtain Credit. Filed by Debtor 15005 NW Cornell LLC, Jointly Administered Debtor Vahan M. Dinihanian Jr. (HENDERSON, NICHOLAS) (189)

Clerk, U.S. Bankruptcy Court