Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | Bankruptcy Case Nos.: |
| 15005 NW Cornell LLC; and<br>Vahan M. Dinihanian, Jr.,<br><br>Debtors. | 19-31883-dwh11 (Lead Case)<br><br>19-31886-dwh-11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11<br><br>ORDER GRANTING AMENDED UNOPPOSED MOTION TO CONTINUE THE MAY 28, 2020 EVIDENTIARY HEARING |

THIS MATTER came before the Court on Defendant Tasha Teherani-Ami's Amended Unopposed Motion to Continue the May 28, 2020 Evidentiary Hearing [235]. The Court having reviewed the Motion, finding that good cause exists to continue the pretrial conference, and being otherwise duly advised, now, therefore,

///

Page 1 – ORDER GRANTING UNOPPOSED MOTION TO CONTINUE THE MAY 28, 2020 EVIDENTIARY HEARING
TEHERA-B1\00514568.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 19-31883-dwh11    Doc 237    Filed 05/21/20

IT IS HEREBY ORDERED that the evidentiary hearing for the following matters is continued:

1. Notice of Hearing and Motion for Relief from Stay filed by Creditor [106];

2. Application to Employ *Bateman Seidel P.C.* as Attorneys in Washington County Case No. 18CV17059 filed by Debtors [138];

3. Motion to Dismiss Bankruptcy Cases for Lack of Authority and for Cause filed by Tasha Teherani-Ami as Trustee of the Sonja Dinihanian GST Trust DTS 1/1/11 [139]; and

4. Motion to Dismiss Bankruptcy Cases for Cause filed by Creditor [158].

###

Presented By:

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
Eleanor A. DuBay, OSB #073755
(503) 894-9900
edubay@tomasilegal.com
Of Attorneys for Tasha Teherani-Ami

Page 2 – ORDER GRANTING UNOPPOSED MOTION TO CONTINUE THE MAY 28, 2020 EVIDENTIARY HEARING
TEHERA-B1\00514568.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 19-31883-dwh11    Doc 237    Filed 05/21/20