**9:00 AM 19-31883 dwh 11 bk**    **15005 NW Cornell LLC**

**Continued Hearing on:**
**1. Motion for Relief from Stay (DUBAY, ELEANOR) (106)**
**2. Motion to Dismiss Case and Supporting for lack of authority to file and for cause (ORR, BRUCE) (139)**
**3. Motion to Dismiss Case (DUBAY, ELEANOR) (158)**

| | |
|---|---|
| 15005 NW Cornell LLC - db | NICK HENDERSON & DOUG PAHL |
| Tasha Teherani-Ami - cr | ELEANOR DUBAY |
| Tasha Teherani-Ami, trustee - cr | BRUCE ORR |
| Cornell Rd LLC - cr | DANIEL STEINBERG |

Evidentiary Hearing:    Yes: ☑    No: ☐

For the reasons stated on record, court will not dismiss the LLC's case for lack of authority to file.

Vahan Dinihanian sworn and testified. Ms. DuBay's and Mr. Orr's written closing arguments are due 7/22/2020, Mr. Henderson and Mr Pahl's written closing arguments are due 7/27/2020. Court will take this matter under advisement upon the filing of the last written closing argument.

Order to be prepared by: ☐ Clerk's Office   ☐ Chambers   ☐ _____

DOCKET ENTRY: