Below is an order of the court.

      _____
      DAVID W. HERCHER
      U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**15005 NW Cornell LLC; and**<br>**Vahan M. Dinihanian, Jr.,**<br><br>            Debtors. | Bankruptcy Case Nos.:<br><br>19-31883-dwh11 (Lead Case)<br><br>19-31886-dwh11<br><br>ORDER REQUIRING SUPPLEMENTAL MONTHLY REPORTS |

      Based on the record of the September 25, 2020, hearing, the court

ORDERS as follows:

      1.     Vahan Dinihanian must include with his September 2020 monthly operating report a separate balance sheet for Eagle Holdings, LLC, identifying its assets and liabilities.

      2.     Starting with the September report and for each report thereafter, he must include supplements identifying the income and expenses of Eagle Holdings, LLC, with the same level of specificity and supporting documentation that is required for his own income and expenses.

Page 1 – ORDER REQUIRING SUPPLEMENTAL MONTHLY REPORTS

3. He may not, without further court order, perform services for compensation on behalf of Eagle Holdings, LLC, and any services he performs for compensation must be treated as his own income and deposited in an estate bank account.

4. He must not enter into any further personal-guaranty agreements without court approval or otherwise violate bankruptcy law.

# # #