**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
Motschenbacher & Blattner LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0521

*Of Attorneys for Vahan M. Dinihanian, Jr.*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re:<br><br>15005 NW Cornell LLC,<br>Vahan M. Dinihanian, Jr.,<br><br>Debtors. | Bankruptcy Case Nos.:<br><br>19-31883-dwh11 (Lead Case)<br>19-31886-dwh11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11<br><br>DEBTOR'S UNOPPOSED MOTION TO EXTEND TIME TO FILE LIQUIDATION ANALYSIS |
|---|---|

Vahan M. Dinihanian, Jr. (the "*Debtor*"), hereby moves this Court for the entry of an Order extending the deadline by which the Liquidation Analysis (the "*Motion*") must be filed from October 16, 2020 to October 19, 2020. In support of the Motion, Debtor asserts the following:

1. The Court ordered that Debtor file a liquidation analysis by the close of business day on October 16, 2020.

2. Counsel for Debtor has been in depositions on another matter for the past two days and needs more time to prepare the liquidation analysis.

Page 1 of 2   DEBTOR'S MOTION TO EXTEND TIME TO FILE LIQUIDATION ANALYSIS

{00397674:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-31883-dwh11    Doc 323    Filed 10/16/20

3. Counsel has conferred with opposing counsel and there is no objection to extending the deadline to file the Liquidation Analysis to October 16, 2020.

WHEREFORE, the Debtor prays for the Court to enter an Order in the form attached hereto as **Exhibit 1**, extending the deadline by which the Debtor's Liquidation Analysis must be filed, from October 16, 2020 to October 19, 2020.

DATED: October 16, 2020

MOTSCHENBACHER & BLATTNER LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0508
E-mail: nhenderson@portlaw.com
Of Attorneys for Debtor Vahan M. Dinihanian, Jr.

Page 2 of 2 DEBTOR'S MOTION TO EXTEND TIME TO FILE LIQUIDATION ANALYSIS

{00397674:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-31883-dwh11    Doc 323    Filed 10/16/20

**EXHIBIT 1**

**PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re: | Bankruptcy Case Nos.: |
|---|---|
| 15005 NW Cornell LLC,<br>Vahan M. Dinihanian, Jr.,<br><br>              Debtors. | 19-31883-dwh11 (Lead Case)<br>19-31886-dwh11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11<br><br>DEBTOR'S UNOPPOSED MOTION TO EXTEND TIME TO FILE LIQUIDATION ANALYSIS |

    THIS MATTER having come before the Court on the Unopposed Motion to Extend Time to File Liquidation Analysis filed by Vahan M. Dinihanian, Jr. ("*Debtor*"). The Court having reviewed the motion, and being otherwise duly advised; now, therefore,

/ / / / /

/ / / / /

/ / / / /

Page 1 of 2

{00397674:1}

ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE LIQUIDATION ANALYSIS

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-31883-dwh11    Doc 323    Filed 10/16/20

IT IS HEREBY ORDERED as follows:

1) Debtor's Motion to Extend Time is GRANTED.

2) The Debtor shall file the Liquidation Analysis by October 19, 2020.

###

Order Presented by:

MOTSCHENBACHER & BLATTNER LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0508
E-mail: nhenderson@portlaw.com
Of Attorneys for Debtor Vahan M. Dinihanian, Jr.

**PARTIES TO SERVE:**

**ECF Electronic Service:** All participants.

**Service via First-Class Mail:** None.

Page 2 of 2
{00397674:1}

ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE LIQUIDATION ANALYSIS

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-31883-dwh11    Doc 323    Filed 10/16/20