Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re:<br><br>15005 NW Cornell LLC,<br>Vahan M. Dinihanian, Jr.,<br><br>Debtors. | Bankruptcy Case Nos.:<br><br>19-31883-dwh11 (Lead Case)<br>19-31886-dwh11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE MONTHLY OPERATING REPORT AND TO CHANGE MONTHLY OPERATING REPORT DEADLINE. |
|---|---|

THIS MATTER having come before the Court on the Motion to Extend Time to File Debtor's Rule 2015 Financial Report and to Change Monthly Operating Report Deadline (the "*Motion*") filed by Vahan M. Dinihanian, Jr. ("*Debtor*"). The Court having reviewed the Motion, and being otherwise duly advised; now, therefore,

/ / / / /

/ / / / /

Page 1 of 2
{00425213:1}

ORDER GRANTING MOTION TO EXTEND TIME AND TO CHANGE MONTHLY OPERATING REPORT DEADLINE.

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-31883-dwh11    Doc 380    Filed 03/10/21

IT IS HEREBY ORDERED as follows:

1) Debtor's Motion is GRANTED.

2) The Debtor shall file his January Rule 2015 Financial Report by March 8, 2021.

3) The Debtor shall add 2 weeks to the deadline specified in LBR 2015-1(b)(1) for all future monthly operating reports.

### ###

Order Presented by:

| | |
|---|---|
| M<small>OTSCHENBACHER</small> & B<small>LATTNER</small> LLP | PARTIES TO SERVE: |
| /s/ Troy G. Sexton<br>Nicholas J. Henderson, OSB #074027<br>Troy G. Sexton, OSB #115184<br>Telephone: 503-417-0508<br>503-417-0517<br>E-mail: nhenderson@portlaw.com<br>tsexton@portlaw.com<br>*Of Attorneys for Debtor Vahan M. Dinihanian, Jr.* | **CM/ECF:** All participants.<br><br>**First-Class Mail**: None. |

Page 2 of 2
{00425213:1}

ORDER GRANTING MOTION TO EXTEND TIME AND TO CHANGE MONTHLY OPERATING REPORT DEADLINE.

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-31883-dwh11    Doc 380    Filed 03/10/21