DISTRICT OF OREGON
**F I L E D**
**March 23, 2021**
**Clerk, U.S. Bankruptcy Court**

Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| In re: | Bankruptcy Case Nos.: |
|---|---|
| 15005 NW Cornell LLC,<br>Vahan M. Dinihanian, Jr.,<br><br>Debtors. | 19-31883-dwh11 (Lead Case)<br>19-31886-dwh11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11<br><br>ORDER GRANTING SECOND MOTION<br>TO EXTEND TIME TO FILE MONTHLY<br>OPERATING REPORT |

THIS MATTER having come before the Court on the Second Motion to Extend Time to File Debtor's Rule 2015 Financial Report (the "*Motion*") filed by Vahan M. Dinihanian, Jr. ("*Debtor*"). The Court having reviewed the Motion, and being otherwise duly advised; now, therefore,

/ / / / /

/ / / / /

Page 1 of 2
{00427881:1}
ORDER GRANTING MOTION TO EXTEND TIME

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-31883-dwh11    Doc 384    Filed 03/23/21

IT IS HEREBY ORDERED as follows:

1) Debtor's Second Motion to Extend Time is GRANTED.

2) The Debtor shall file his January Rule 2015 Financial Report by March 16, 2021.

###

Order Presented by:

| | |
|---|---|
| Motschenbacher & Blattner LLP | PARTIES TO SERVE: |
| /s/ Troy G. Sexton<br>Nicholas J. Henderson, OSB #074027<br>Troy G. Sexton, OSB #115184<br>Telephone: 503-417-0508<br>503-417-0517<br>E-mail: nhenderson@portlaw.com<br>tsexton@portlaw.com<br>*Of Attorneys for Debtor Vahan M. Dinihanian, Jr.* | **CM/ECF:** All participants.<br><br>**First-Class Mail**: None. |

Page 2 of 2
{00427881:1}
ORDER GRANTING MOTION TO EXTEND TIME

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-31883-dwh11    Doc 384    Filed 03/23/21