Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>15005 NW Cornell LLC; and<br>Vahan M. Dinihanian, Jr.,<br><br>Debtors. | Bankruptcy Case Nos.:<br><br>19-31883-dwh11 (Lead Case)<br><br>19-31886-dwh-11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE THE APRIL 15, 2021 EVIDENTIARY HEARING |

THIS MATTER came before the Court on Creditor Tasha Teherani-Ami's Unopposed Motion to Continue the April 15, 2021 Evidentiary Hearing (the "Motion") relating to the Creditor's Notice of Hearing and Motion for Relief from Stay filed by Creditor [Doc 350]. The Court having reviewed the Motion, finding that good cause exists to continue the evidentiary hearing, and being otherwise duly advised, now, therefore,

Page 1 – ORDER GRANTING UNOPPOSED MOTION TO CONTINUE THE APRIL 15, 2021 EVIDENTIARY HEARING
TEHERA-B1\00568527.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 19-31883-dwh11    Doc 390    Filed 04/15/21

IT IS HEREBY ORDERED that the evidentiary hearing for Creditor's Notice of Hearing and Motion for Relief from Stay filed by Creditor [Doc 350] is continued to May 6, 2021 at 1:30 p.m. Pursuant to the agreement of Creditor, the subject stay shall remain in effect until the conclusion of the hearing on May 6, 2021. The evidentiary hearing on May 6, 2021 shall be conducted by video. Visit www.orb.uscourts.gov/video-hearings for connection information.

###

Presented By:

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
Eleanor A. DuBay, OSB #073755
(503) 894-9900
edubay@tomasilegal.com
Of Attorneys for Tasha Teherani-Ami

Page 2 – ORDER GRANTING UNOPPOSED MOTION TO CONTINUE THE APRIL 15, 2021 EVIDENTIARY HEARING
TEHERA-B1\00568527.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 19-31883-dwh11    Doc 390    Filed 04/15/21