Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>15005 NW Cornell LLC; and<br>Vahan M. Dinihanian, Jr.,<br><br>Debtors. | Bankruptcy Case Nos.:<br><br>19-31883-dwh11 (Lead Case)<br><br>19-31886-dwh11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11<br><br>STIPULATED ORDER REGARDING CREDITOR TASHA TEHERANI-AMI'S MOTION FOR RELIEF FROM STAY RE: CORNELL PROPERTY<br><br>(15005 NW Cornell Road, Beaverton, Oregon 97006) |

      THIS MATTER came before the Court on Creditor Tasha Teherani-Ami's Motion

for Relief from Stay Re: Cornell Property (15005 NW Cornell Road, Beaverton, Oregon 97006)

(the "Motion") [Doc 350]. Debtor, 15005 NW Cornell LLC ("15005 LLC"), and Creditor Tasha-

Teherani-Ami ("Creditor") have entered into a stipulation regarding the Motion and relief from

TEHERA-B1\00572283.001
Page 1 – STIPULATED ORDER REGARDING CREDITOR TASHA TEHERANI-AMI'S MOTION FOR RELIEF FROM STAY RE: CORNELL PROPERTY

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

the automatic stay, as stated on the record at the final evidentiary hearing held on May 6, 2021, and as set forth herein. Further, the Court having denied the "precautionary" objection of the Logan Parties (Lillian Logan, Cornell Rd LLC, Christiana LLC, and Alexander LLC), and no other objections having been filed, and consistent with the stipulation on the record and set forth herein,

IT IS HEREBY ORDERED that:

1. Creditor Tasha Teherani-Ami's Motion shall be granted and the automatic stay as to the real property located at 15005 NW Cornell Road, Beaverton, Oregon 97006 (the "Property") shall be terminated, subject to the following payment terms:

    a. Commencing on or before June 1, 2021 and continuing on or before the 1st of each and every month thereafter, Debtor 15005 LLC shall make a monthly adequate protection payment of interest-only accruing at the rate of $277.40 per diem;

    b. If the 1st day of the month falls on a weekend or legal holiday, then the adequate protection payment shall be due on the next business day; and

    c. Payments must be received by Creditor on the 1st of the month, or the next business day thereafter, and no grace period is permitted;

2. Upon default in the payment terms specified in paragraph 1, Creditor may file and serve a certificate of non-compliance specifying the default, together with a proposed order terminating the stay to allow Creditor to foreclose on, and obtain possession of the Property to the extent permitted by applicable nonbankruptcy law, which the court may grant without further notice or hearing.

3. Regardless of whether the payment terms set forth in paragraph 1 are current, the automatic stay shall immediately terminate on September 30, 2021 without further

TEHERA-B1\00572283.001
Page 2 – STIPULATED ORDER REGARDING CREDITOR TASHA TEHERANI-AMI'S MOTION FOR RELIEF FROM STAY RE: CORNELL PROPERTY

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 19-31883-dwh11    Doc 397    Filed 05/19/21

notice or hearing and without further order from the court.

    4.  If the stay is terminated as set forth herein, the 14-day stay provided by FRBP 4001(a) is waived.

    I, Eleanor A. DuBay, certify that I have complied with the requirements of LBR 9021-1(a). The Logan Parties (Lillian Logan, Cornell Rd LLC, Christiana LLC, and Alexander LLC) objected to the form of the order and the objection has not been resolved.

###

STIPULATED AND PRESENTED JOINTLY BY:

| TOMASI SALYER MARTIN | PERKINS COIE LLP |
|---|---|
| By: /s/ Eleanor A. DuBay<br> Eleanor A. DuBay, OSB #073755 | By: /s/ Douglas Pahl<br> Douglas Pahl, OSB #950476 |
| Tomasi Salyer Martin<br>121 SW Morrison Street, Suite 1850<br>Portland, Oregon 97204<br>Tel: (503) 894-9900 | Perkins Coie LLP<br>1120 NW Couch Street, 10th Floor<br>Portland, OR 97209-4128<br>Tel: (503) 727-2000 |
| Of Attorneys for Creditor<br>Tasha Teherani-Ami | Of Attorneys for Debtor 15005 NW Cornell, LLC |

TEHERA-B1\00572283.001

Page 3 – STIPULATED ORDER REGARDING CREDITOR TASHA TEHERANI-AMI'S MOTION FOR RELIEF FROM STAY RE: CORNELL PROPERTY

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 19-31883-dwh11 Doc 397 Filed 05/19/21