UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

Debtor(s)

Case No. _____
 Amended

**SUMMARY OF ACCEPTANCES AND REJECTIONS**

*Instructions to Filer:* The summary must reflect all classes designated in the plan, whether or not ballots were received in each class. If there are no votes in an impaired class, you must be prepared to discuss cramdown as to that class at the confirmation hearing.

| Class | Impaired or Unimpaired* | Total No. of Ballots Filed | % of Dollar Amount Accepting** | % of Number Accepting** |
|---|---|---|---|---|
| | | | | |

*If any class is designated as unimpaired, explain on an attached sheet why the class is unimpaired, or refer to the portion of the disclosure statement that provides that explanation.

**Complete these percentages only if a class is impaired or there are any rejecting ballots in an unimpaired class. The latter is required so the judge can determine the vote outcome if the judge disagrees with your conclusion that the class is unimpaired. When compiling the amount figures, use the allowed amount of each creditor's claim rather than any amount shown on the ballot. If the class is unimpaired and there are no rejecting ballots, enter "No rejecting ballots" in the last three columns of the form.

**1181 (12/1/2019)**        Page 1 of 2

This summary consists of _____ pages.

I certify under penalty of perjury that:

- this summary completely and accurately reflects all ballots received;
- the tabulations are correct to the best of my knowledge;
- all ballots received are separated and assembled by acceptances and rejections by class;
- I have retained the originals;
- I will provide copies upon written request;
- upon objection to the accuracy of this summary, I will introduce the originals at the hearing on the objection for possible admission to the official court record; and
- this summary was served on any creditors' committee and the U.S. Trustee on the date below.

_____        _____
Date                         Signature              (OSB# if attorney)
                             _____
                             Type or Print Signer's Name

In re: 15005 NW Cornell LLC
Bankr. Case No. 19-31883-dwh11; and
In re: Vahan M. Dinihanian Jr.
Bankr. Case No. 19-31886-dwh11
(Jointly Administered)

| Class and Creditor Name | Impaired or Unimpaired | Total No. of Ballots Filed | % of Dollar Accepting | % of Number Accepting |
|---|---|---|---|---|
| Class 1<br>Tasha Teherani-Ami Claim Against Dinihanian | Unimpaired | 0 | N/A | N/A |
| Class 2<br>General Unsecured Claims Against 15005 NW Cornell | Impaired* | 1 | 100% | 100% |
| Class 3<br>Trust Claim Against 15005 NW Cornell | Impaired* | 0 | N/A | N/A |
| Class 4<br>Multnomah County Claim against Dinihanian | Impaired | 0 | N/A | N/A |
| Class 5<br>Tasha Teherani-Ami's Claim against 15005 NW Cornell | Unimpaired | 0 | N/A | N/A |
| Class 6<br>Bateman Seidel Claim Against Dinihanian | Impaired | 1 | 100% | 100% |
| Class 7<br>Lorenz Claim Against Dinihanian | Impaired | 1 | 100% | 100% |
| Class 8<br>Columbia State Bank Claim Against Dinihanian (Equipment) | Unimpaired | 1 | 100% | 100% |
| Class 9<br>Columbia State Bank Claim Against Dinihanian (Real Estate) | Impaired | 1 | 100% | 100% |
| Class 10<br>Guaranty Claims Against Dinihanian | Impaired | 1 | 100% | 100% |
| Class 11<br>General Unsecured Claims Against Dinihanian | Impaired* | 0 | N/A | N/A |
| Class 12<br>Interests of 15005 NW Cornell | Impaired | 1 | 100% | 100% |
| Class 13<br>Dinihanian Interest in Property of the Estate | Unimpaired | 1 | 100% | 100% |

* Ineligible Ballots

Ballots rejecting the Plan were submitted in Classes 2, 3 and 11. Debtors object to including these ballots on the following grounds:
1) Ballot submitted by Trust (Class 3). Ballot submitted after deadline; no claim has been allowed.
2) Ballot submitted by Lillian Logan (Class 11). No class indicated on ballot. No claim has been allowed.
3) Ballot submitted by Alexander LLC (Presumed to be Class 2). No class indicated on ballot. No allowed claim. Duplicative of other TIC owner ballots.
4) Ballot submitted by Christiana LLC (Presumed to be Class 2). No class indicated on ballot. No allowed claim. Duplicative of other TIC owner ballots.
5) Ballot submitted by Cornell Rd LLC (Presumed to be Class 2). No class indicated on ballot. No allowed claim. Duplicative of other TIC owner ballots.

If Debtors' objection is overruled, the summary for classes 2, 3 and 11 would be as follows (assuming duplicative TIC ballots are counted once only):

| Class and Creditor Name | Impaired or Unimpaired | Total No. of Ballots Filed | % of Dollar Accepting | % of Number Accepting |
|---|---|---|---|---|
| Class 2<br>General Unsecured Claims Against 15005 NW Cornell | Impaired | 4 | 63.70% | 50% |
| Class 3<br>Trust Claim Against 15005 NW Cornell | Impaired* | 1 | 0% | 0% |
| Class 11<br>General Unsecured Claims Against Dinihanian | Impaired* | 1 | 0% | 0% |