Bruce H Orr, OSB No. 813297
Email: bho@wysekadish.com
Wyse Kadish LLP
900 SW Fifth Ave, Ste 2000
Portland, OR 97204
Phone: 503 228-8448
Fax: 503 273-9135

Attorney for Tasha Teherani-Ami, in her capacity as
the trustee of the Sonja Dinihanian GST Trust DTS 1/1/11

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>15005 NW Cornell LLC and<br><br>Vahan M. Dinihanian, Jr.<br><br>Debtor(s). | Case Nos.<br>19-31883-dwh11 (Lead case)<br>19-31886-dwh11<br><br>Jointly Administered Under<br>19-31883-dwh11<br><br>TASHA TEHERANI-AMI'S MOTION, IN HER CAPACITY AS THE TRUSTEE OF THE SONJA DINIHANIAN GST TRUST DTS 1/1/11, FOR EXTENSION OF TIME TO SUBMIT BALLOT |

**LBR 7007-1(a)(1) Certification**

Counsel for Tasha Teherani-Ami ("Ms. Teherani-Ami"), in her capacity as the trustee of the Sonja Dinihanian GST Trust DTS 1/1/11 (the "Trust") certifies that the parties made a good forth effort through counsel to confer in an attempt to resolve the matters in this motion, however,

PAGE 1 - TASHA TEHERANI-AMI'S MOTION, IN HER CAPACITY AS THE TRUSTEE OF THE SONJA DINIHANIAN GST TRUST DTS 1/1/11, FOR EXTENSION OF TIME TO SUBMIT BALLOT

WYSE KADISH LLP
Suite 2000
900 SW Fifth Avenue
Portland, Oregon 97204
(503) 228-8448
Facsimile: (503) 273-9135

Case 19-31883-dwh11    Doc 418    Filed 09/07/21

after an exchange of emails, they have been unable to do so.

## Motions

The Trust, by and through her attorneys, moves the Court under FRBP 9006(b)(2) for an order extending the deadline to September 3, 2021, so the ballots the Trust submitted on that date may be counted regarding the Debtors' proposed Second Amended Joint Plan of Reorganization Dated July 22, 2021 (Dkt #402)("July Plan").

## Procedural Background

The debtors filed their July Plan on July 23, 2021. The Court approved the associated disclosure statement on July 26, 2021. Debtors served the order including the ballot form on July 30, 2021. The deadline for submission of a ballot was August 31, 2021. The Trust filed its ballots on September 3, 2021.

## Conclusion

The Trust requests an order extending the deadline to submit ballots to September 3, 2021, so that the Trusts ballots which have been submitted can be accepted and counted.

Dated September 7, 2021.

        WYSE KADISH LLP

/s/ Bruce H. Orr
Bruce H. Orr, OSB No. 813297
bho@wysekadish.com
Telephone: (503) 228-8448
Facsimile: (503) 273-9135
Of Attorneys for Tasha Teherani-Ami, in her capacity as the trustee of the Sonja Dinihanian GST Trust DTS 1/1/11

PAGE 2 - TASHA TEHERANI-AMI'S MOTION, IN HER CAPACITY AS THE TRUSTEE OF THE SONJA DINIHANIAN GST TRUST DTS 1/1/11, FOR EXTENSION OF TIME TO SUBMIT BALLOT

WYSE KADISH LLP
Suite 2000
900 SW Fifth Avenue
Portland, Oregon 97204
(503) 228-8448
Facsimile: (503) 273-9135

Case 19-31883-dwh11    Doc 418    Filed 09/07/21

**CERTIFICATE OF SERVICE**

I certify that on the date below, I caused the above pleading to be served on counsel for the parties in this proceeding and other interested parties requesting notice through the Court's CM/ECF system, and, on those not a part of CM/ECF, by first class U.S. mail, including:

NONE

DATED: September 7, 2021.

          */s/ Bruce H. Orr*
Bruce H. Orr, OSB No. 813297

Dated: September 7, 2021.

WYSE KADISH LLP

   */s/ Bruce H. Orr*
Bruce H. Orr, OSB No. 813297
*bho@wysekadish.com*
Telephone: (503) 228-8448
Facsimile: (503) 273-9135
Of Attorneys for Tasha Teherani-Ami, in her capacity as the trustee of the Sonja Dinihanian GST Trust DTS 1/1/11

WYSE KADISH LLP
Suite 2000
900 SW Fifth Avenue
Portland, Oregon 97204
(503) 228-8448
Facsimile: (503) 273-9135

Case 19-31883-dwh11    Doc 418    Filed 09/07/21

**CERTIFICATE OF SERVICE**

On September 7, 2021, I served copies of the above TASHA TEHERANI-AMI'S MOTION, IN HER CAPACITY AS THE TRUSTEE OF THE SONJA DINIHANIAN GST TRUST DTS 1/1/11, FOR EXTENSION OF TIME TO SUBMIT BALLOT on the following entitled to notice:

1) through CM/ECF:

| | |
|---|---|
| Douglas R. Pahl<br>  Attorney for debtor 15005 NW Cornell LLC | Nicholas J. Henderson<br>Troy Sexton<br>  Attorneys for debtor Vahan M. Dinihanian |
| Stephen P. Arnot<br>  U.S. Trustee | Eleanor A. Dubay<br>  Attorney for creditor Tasha Teherani-Ami |
| Elayna Z. Matthews<br>  Attorney for Columbia State Bank | Daniel L. Steinberg<br>  Attorney for Cornell Road LLC; Lillian Logan |
| Erich M. Paetsch<br>  Attorney for Columbia State Bank | Russell D. Garrett<br>  Attorney for Alexander LLC, et al. |

2) using paper by first class mail on those who do not participate in this case through CM/ECF:

DATED: September 7, 2021

                                                */s/ Bruce H. Orr*
                                                Bruce H. Orr, OSB No. 813297
                                                *bho@wysekadish.com*