| 09/07/2021 | | | Judge David W Hercher |
|---|---|---|---|
| 01:30 | 19-31883-dwh11 | 15005 NW Cornell LLC - db | DOUGLAS R PAHL; NICHOLAS J HENDERSON |
| | | Tasha Teherani-Ami - cr | ELEANOR DUBAY |
| | | Tasha Teherani-Ami...trustee - int party | BRUCE ORR |
| | | Alexander LLC et al - cr | DANIEL STEINBERG; RUSSELL GARRETT |
| | 19-3096-dwh | 15005 NW Cornell LLC v Teherani-Ami | DOUGLAS PAHL; ELEANOR DUBAY |
| | 20-3077-dwh | Teherani-Ami...trustee v Dinihanian et al | BRUCE ORR; DOUGLAS PAHL; NICHOLAS J HENDERSON; CHRIS COYLE (for Eagle Holdings - dft) |
| | 20-3079-dwh | 15005 NW Cornell LLC v Teherani-Ami...trustee | DOUGLAS PAHL; BRUCE ORR |

**Matters:** In 19-31883 (main case) preliminary hearings on confirmation of plan [402] and on objection to claim 6-1 [258]; in 19-3096, plaintiff's motion for summary judgment [41]; in 20-3077, defendants' motion for partial summary judgment [37]; and in 20-3079, plaintiff's motion for summary judgment [27].

Summary of Proceedings

Above matters are continued to Thursday, 9/9/2021 starting at 10:30 by video. Evidentiary hearing will be set for 9/21/2021 at 9.

| Order to be prepared by: | | Clerk's Office | | Chambers | | Other: |
|---|---|---|---|---|---|---|

Minute Order: