**Russell D. Garrett**, OSB #882111
russell.garrett@jordanramis.com
**Daniel L. Steinberg**, OSB #993690
daniel.steinberg@jordanramis.com
JORDAN RAMIS PC
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070
Facsimile: (503) 598-7373

Attorneys for Creditors and Interested Parties
Lillian Logan, Cornell Rd LLC, Christiana
LLC, and Alexander LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>15005 NW Cornell LLC; and<br>Vahan M. Dinihanian, Jr.,<br><br>Debtors. | Bankruptcy Case Nos.:<br><br>19-31883-dwh11 (Lead Case)<br><br>19-31886-dwh11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11<br><br>Adversary Proceeding<br>Case No.'s: 19-03096-dwh; 20-03077-dwh;<br>20-03079-dwh<br><br>CREDITORS AND INTERESTED PARTIES LILLIAN LOGAN, CORNELL RD LLC, CHRISTIANA LLC, AND ALEXANDER LLC'S WITNESS LIST |

Creditors and Interested Parties Lillian Logan, Cornell Rd LLC, Christiana LLC, and Alexander LLC (collectively "Logans"), by and through their attorneys, Jordan Ramis PC, submits the following witness list they intend to call at hearing in this matter set for September 21, 2021:

Page 1 –  LOGANS' WITNESS LIST

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

53110-77700 4813-5774-7195.1

Case 19-31883-dwh11    Doc 429    Filed 09/20/21

1. Name: Sorfi, LLC, Person Most Knowledgeable
   Appearing pursuant to subpoena
   Address: 9 SE 3rd Ave, Ste 100
   Portland, OR 97214

   Phone: unknown
   Email: unknown

The person most knowledgeable at Sorfi, LLC may testify regarding Sorfi and Sortis Capital's relationship and loans with debtors.

2. Name: Vahan Dinihanian Jr.
   Address: c/o Nicholas J. Henderson
   Motschenbacher & Blattner, LLP
   117 SW Taylor Street, Suite 300
   Portland, OR 97204
   Tel: (503) 417-0500
   Email: nhenderson@portlaw.com

Will be called to testify regarding inconsistent statements and omitted assets and liabilities.

3. Name: Lillian Logan
   Address: c/o Russell Garrett Esq.
   2 Centerpointe Dr.
   Suite 600
   Lake Oswego, OR 97035

   Phone: (503)598-7070
   Email: russell.garrett@jordanramis.com

Logans reserve the right to call rebuttal witnesses.

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

53110-77700 4813-5774-7195.1

Dated this 20th day of September 2021.

                              JORDAN RAMIS PC

By: /s/Daniel L. Steinberg
Russell D. Garrett, OSB #882111
Daniel L. Steinberg, OSB #993690
Attorneys for Creditors and Interested Parties
Lillian Logan, Cornell Rd LLC, Christiana LLC,
and Alexander LLC

Page 3 –  LOGANS' WITNESS LIST

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

53110-77700 4813-5774-7195.1

Case 19-31883-dwh11    Doc 429    Filed 09/20/21

# CERTIFICATE OF SERVICE

      I hereby certify that on the date shown below, I served a true and correct copy of the foregoing LOGANS' WITNESS LIST on:

**VIA ECF:**

| | |
|---|---|
| Nicholas J. Henderson<br>Motschenbacher & Blattner, LLP<br>117 SW Taylor Street, Suite 300<br>Portland, OR 97204<br>Tel: (503) 417-0500<br>Email: nhenderson@portlaw.com<br>    Attorneys for Debtor and Debtor-in-<br>    Possession Vahan M. Dinihanian, Jr. | Douglas R. Pahl<br>Perkins Coie LLP<br>1120 NW Couch Street, 10th Floor<br>Portland, OR 97209-4128<br>Tel: (503) 727-2000<br>Email: dpahl@perkinscoie.com<br>    Attorneys for Debtor and Debtor-in-<br>    Possession 15005 NW Cornell LLC |
| U.S. Trustee<br>US Trustee, Portland<br>620 SW Main Street, #213<br>Portland, OR 97205<br>Tel: (503) 326-4000 | Stephen P Arnot<br>DOJ-UST<br>620 SW Main Street, Suite 213<br>Portland, OR 97205<br>Tel: (503) 326-4004<br>Email: steve.arnot@usdoj.gov<br>    Attorney for U.S. Trustee |

Eleanor A. DuBay
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, OR 97204
    Attorneys for Interested Party Tasha L. Teherani-Ami

    DATED this 20th day of September, 2021.

                JORDAN RAMIS PC

                By: /s/ Daniel L. Steinberg
                    Russell D. Garrett, OSB #882111
                    Daniel L. Steinberg, OSB #993690
                    Attorneys for Lillian Logan, Cornell Rd LLC,
                    Christiana LLC, and Alexander LLC

Page 4 – LOGANS' WITNESS LIST

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

53110-77700 4813-5774-7195.1

Case 19-31883-dwh11    Doc 429    Filed 09/20/21