Bruce H Orr, OSB No. 813297
Email: bho@wysekadish.com
Wyse Kadish LLP
900 SW Fifth Ave, Ste 2000
Portland, OR 97204
Phone: 503 228-8448
Fax: 503 273-9135

Attorney for Tasha Teherani-Ami, in her capacity as
the trustee of the Sonja Dinihanian GST Trust DTS 1/1/11

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>15005 NW Cornell LLC and<br><br>Vahan M. Dinihanian, Jr.<br><br>                  Debtor(s). | Case Nos.<br>19-31883-dwh11 (Lead case)<br>19-31886-dwh11<br><br>Jointly Administered Under<br>19-31883-dwh11<br><br>WITNESS LIST FOR TASHA TEHERANI-AMI, IN HER CAPACITY AS THE TRUSTEE OF THE SONJA DINIHANIAN GST TRUST DTS 1/1/11<br><br>Date of Hearing: September 21, 2021<br>Time of Hearing: 9:00 a.m.<br>Judge: Hon. David W. Hercher |

Tasha Teherani-Ami, in her capacity as the Trustee of the Sonja Dinihanian GST Trust DTS 1/1/11 (hereinafter the "Trust") by and through her attorney Bruce H. Orr, of Wyse Kadish LLP, may call the following witnesses:

**TRUST'S WITNESS LIST**

| Witness Name | Phone Number |
|---|---|
| Tasha Teherani-Ami | (503) 758-4270 |

PAGE 1 - WITNESS LIST FOR TASHA TEHERANI-AMI, IN HER CAPACITY AS THE TRUSTEE OF THE SONJA DINIHANIAN GST TRUST DTS 1/1/11

WYSE KADISH LLP
Suite 2000
900 SW Fifth Avenue
Portland, Oregon 97204
(503) 228-8448
Facsimile: (503) 273-9135

Case 19-31883-dwh11   Doc 431   Filed 09/20/21

| Witness Name | Phone Number |
|---|---|
| Timothy J. Murphy, Esq. | (503) 709-5100 |
| Amy D. Fassler, Esq. | (971) 634-1815 |
| Vahan Dinihanian | c/o counsel for both debtors |

The Trust reserves its right to call rebuttal witnesses.

Submitted this September 20, 2021    WYSE KADISH LLP

    */s/ Bruce H. Orr*
Bruce H. Orr, OSB No. 813297
*bho@wysekadish.com*
Attorneys for Tasha Teherani-Ami in her capacity as the trustee of the Sonja Dinihanian GST Trust DTS 1/1/11

PAGE 2 - WITNESS LIST FOR TASHA TEHERANI-AMI, IN HER CAPACITY AS THE TRUSTEE OF THE SONJA DINIHANIAN GST TRUST DTS 1/1/11

WYSE KADISH LLP
Suite 2000
900 SW Fifth Avenue
Portland, Oregon 97204
(503) 228-8448
Facsimile: (503) 273-9135

Case 19-31883-dwh11    Doc 431    Filed 09/20/21

# CERTIFICATE OF SERVICE

On September 20, 2021, I served copies of

WITNESS LIST FOR TASHA TEHERANI-AMI, IN HER CAPACITY AS THE TRUSTEE OF THE SONJA DINIHANIAN GST TRUST DTS 1/1/11

on the following entitled to notice:

1) through CM/ECF:

| | |
|---|---|
| Douglas R. Pahl<br>  Attorney for debtor 15005 NW Cornell LLC | Nicholas J. Henderson<br>Troy Sexton<br>  Attorneys for debtor Vahan M. Dinihanian |
| Stephen P. Arnot<br>  U.S. Trustee | Eleanor A. Dubay<br>  Attorney for creditor Tasha Teherani-Ami |
| Russell D. Garrett<br>  Attorney for Alexander LLC, et al. | Daniel L. Steinberg<br>  Attorney for Cornell Road LLC; Lillian Logan |

DATED: September 20, 2021

                                                   */s/ Bruce H. Orr*
                                                   Bruce H. Orr, OSB No. 813297
                                                   *bho@wysekadish.com*