**Russell D. Garrett**, OSB #882111
russell.garrett@jordanramis.com
**Daniel L. Steinberg**, OSB #993690
daniel.steinberg@jordanramis.com
JORDAN RAMIS PC
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070
Facsimile: (503) 598-7373

Attorneys for Creditors, Interested Parties, and
Co-Tenants Lillian Logan, Cornell Rd LLC,
Christiana LLC and Alexander LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>15005 NW Cornell LLC and<br>Vahan M. Dinihanian, Jr.,<br><br>Debtors. | Bankruptcy Case Nos.<br><br>Case No. 19-31883-dwh11 (Lead Case)<br><br>19-31886-dwh11<br><br>Jointly Administered Under Case No. 19-31883-dwh11<br><br>MOTION TO SHORTEN TIME REGARDING EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY OF CREDITORS, INTERESTED PARTIES AND CO-TENANTS LILLIAN LOGAN, CORNELL RD LLC, CHRISTIANA LLC, AND ALEXANDER LLC<br><br>EXPEDITED CONSIDERATION REQUESTED |

Creditors, Interested Parties, and Co-Owners, Lillian Logan, Cornell Rd LLC, Christiana LLC, and Alexander LLC (collectively the "Logan Parties"), by and through their attorneys, move pursuant to Fed. Rules of Bankr. Proc. 4001(a)(2) and 9006(c) to shorten the time for a response to the Logan Parties Emergency Motion for Relief from Stay (the "Relief Motion") and

Page 1 – MOTION TO SHORTEN TIME REGARDING EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY OF CREDITORS, INTERESTED PARTIES AND CO-TENANTS LILLIAN LOGAN, CORNELL RD LLC, CHRISTIANA LLC, AND ALEXANDER LLC

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

53110-77700 4866-3590-7330.1

Case 19-31883-dwh11    Doc 479    Filed 11/08/21

the declarations of Daniel Steinberg and Lillian Logan filed in support of the Relief Motion and this motion.

The Logan Parties counsel conferred with the attorneys representing the Debtors and both Nicholas Henderson, Esq., and Douglas Pahl, Esq. consented to the Logan Parties' request to shorten time. Steinberg Dec. ¶ 6.

BACKGROUND

As the Court knows, the Logan Parties and Debtor 15005 NW Cornell Rd LLC ("15005 LLC") are co-owners of the Cornell Road property (the "Property"). As set forth more fully in the Relief Motion, the Logan Parties have effectively been locked out of the Property at a critical time. See Relief Motion pg. 2-3. Dinihanian Floral Products, Inc., ("DFPI") (owned 50% by Vahan Dinihanian Jr. and 50% by Lillian Logan) harvests holly grown on the Property. Lillian Logan Declaration ("Logan Decl.") ¶ 3. Every year that holly is sold to Logan Tree Farms ("LTF") which, beginning in early November, begins setting up a business which sells Christmas trees and the holly (the "Christmas Tree Operation"). *Id*. The business is essential for not only the Logan Parties, but also for the Property to maintain its "farm deferral" designation for property tax purposes. *Id.*

Upon contacting the court, the Logan Parties found that the earliest the matter would be set for hearing, without an order shortening time, is November 29, 2021. This would effectively eliminate the opportunity to sell DFPI's holly crop.

**ARGUMENT**

The Code provides for such emergency relief under 11 U.S.C. §362(f);

Page 2 – MOTION TO SHORTEN TIME REGARDING EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY OF CREDITORS, INTERESTED PARTIES AND CO-TENANTS LILLIAN LOGAN, CORNELL RD LLC, CHRISTIANA LLC, AND ALEXANDER LLC

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

53110-77700 4866-3590-7330.1

"Upon request of a party in interest, the Court, with or without a hearing, shall grant such relief from the stay provided under subsection (a) of this section as is necessary to prevent irreparable damage to the interest of an entity in property, if such interest will suffer such damage before there is an opportunity for notice and a hearing under subsection (d) or (e) of this section."

Here, the Logan Parties need immediate access to these facilities to allow for acquiring, managing and storing inventory, set up, and planning for the Christmas Tree Operation. *See Logan Decl.*, ¶4. The delays already caused by the Debtors' actions are going to cause a ripple effect which will impact the business. *Id*. It is important to note that the Debtors benefit from this operation by virtue of the farm deferral designation on the Property.

Bankruptcy Rules 4001 and 9006 further provide for a court to modify the traditional response times.

## CONCLUSION

For the foregoing reasons, and based on the agreement of all parties in interest, the Logan Parties should be granted an order shortening time for the Relief Motion to be heard.

DATED this 8th day of November, 2021.

JORDAN RAMIS PC

By: /s/Daniel L. Steinberg
Russell D. Garrett, OSB #882111
Daniel L. Steinberg, OSB #993690
*Attorneys for Creditors and Interested Parties Lillian Logan, Cornell Rd LLC, Christiana LLC and Alexander LLC*

Page 3 – MOTION TO SHORTEN TIME REGARDING EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY OF CREDITORS, INTERESTED PARTIES AND CO-TENANTS LILLIAN LOGAN, CORNELL RD LLC, CHRISTIANA LLC, AND ALEXANDER LLC

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

53110-77700 4866-3590-7330.1

Case 19-31883-dwh11    Doc 479    Filed 11/08/21

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>15005 NW Cornell LLC and<br>Vahan M. Dinihanian, Jr.,<br><br>        Debtors. | Bankruptcy Case Nos.<br><br>Case No. 19-31883-dwh11 (Lead Case)<br><br>19-31886-dwh11<br><br>Jointly Administered Under Case No. 19-31883-dwh11<br><br>ORDER GRANTING CREDITORS, INTERESTED PARTIES AND CO-TENANTS LILLIAN LOGAN, CORNELL RD LLC, CHRISTIANA LLC, AND ALEXANDER LLC'S MOTION TO SHORTEN TIME REGARDING EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER U.S.C.§362(f) AND BANKRUPT |

      THIS MATTER having come before the Court on Creditors, Interested Parties, and Co-Owners, Lillian Logan, Cornell Rd LLC, Christiana LLC, and Alexander LLC's (collectively the "Logan Parties") Motion to Shorten Time Regarding Emergency Motion for Relief from Stay [Dkt. 477] pursuant to 11 U.S.C. §362(f) and Bankruptcy Rule 4001 (the "Relief Motion"). The Court having reviewed the motion, supporting documents, and the moving parties' representation that the Debtors consent to time being shortened, and being otherwise duly advised, now, therefore,

Page 1 – ORDER GRANTING CREDITORS, INTERESTED PARTIES AND CO-TENANTS LILLIAN LOGAN, CORNELL RD LLC, CHRISTIANA LLC, AND ALEXANDER LLC'S MOTION TO SHORTEN TIME REGARDING EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER U.S.C.§362(f)

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

Exhibit 1
Page 1 of 2

53110-77700 4862-5245-9522.1

Case 19-31883-dwh11    Doc 479    Filed 11/08/21

IT IS HEREBY ORDERED that the Logan Parties' Motion to Shorten Time re the Relief Motion is GRANTED. The Relief Motion [Dkt. 477] shall be heard on _____ 2021 at 9:00 a.m. by Telephone. The call-in information will be provided on the Amended Notice of Hearing filed by the Logan Parties. THE RESPONSE DEADLINE TO RESPOND TO THE RELIEF MOTION IS _____.

###

I certify that I have complied with the requirements of LBR 9021-1-(a).

Presented by:

JORDAN RAMIS PC

By: /s/Daniel L. Steinberg
Russell D. Garrett, OSB #882111
Daniel L. Steinberg, OSB #993690
*Attorneys for Creditors, Interested Parties and Co-Tenants Lillian Logan, Cornell Rd LLC, Christiana LLC and Alexander LLC*

Page 2 – ORDER GRANTING CREDITORS, INTERESTED PARTIES AND CO-TENANTS LILLIAN LOGAN, CORNELL RD LLC, CHRISTIANA LLC, AND ALEXANDER LLC'S MOTION TO SHORTEN TIME REGARDING EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER U.S.C.§362(f)

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

Exhibit 1
Page 2 of 2

53110-77700 4862-5245-9522.1

Case 19-31883-dwh11    Doc 479    Filed 11/08/21

# CERTIFICATE OF SERVICE

      I hereby certify that on the date shown below, I served a true and correct copy of the foregoing MOTION TO SHORTEN TIME REGARDING EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY OF CREDITORS, INTERESTED PARTIES AND CO-TENANTS LILLIAN LOGAN, CORNELL RD LLC, CHRISTIANA LLC, AND ALEXANDER LLC on:

**VIA ECF:**

| | |
|---|---|
| Nicholas J. Henderson<br>Motschenbacher & Blattner, LLP<br>117 SW Taylor Street, Suite 300<br>Portland, OR 97204<br>Tel: (503) 417-0500<br>Email: nhenderson@portlaw.com<br>    Attorneys for Debtor and Debtor-in-<br>    Possession Vahan M. Dinihanian, Jr. | Douglas R. Pahl<br>Perkins Coie LLP<br>1120 NW Couch Street, 10th Floor<br>Portland, OR 97209-4128<br>Tel: (503) 727-2000<br>Email: dpahl@perkinscoie.com<br>    Attorneys for Debtor and Debtor-in-<br>    Possession 15005 NW Cornell LLC |
| U.S. Trustee<br>US Trustee, Portland<br>620 SW Main Street, #213<br>Portland, OR 97205<br>Tel: (503) 326-4000 | Stephen P Arnot<br>DOJ-UST<br>620 SW Main Street, Suite 213<br>Portland, OR 97205<br>Tel: (503) 326-4004<br>Email: steve.arnot@usdoj.gov<br>    Attorney for U.S. Trustee |
| Eleanor A. DuBay<br>Tomasi Salyer Martin<br>121 SW Morrison Street, Suite 1850<br>Portland, OR 97204<br>    Attorneys for Interested Party Tasha L.<br>    Teherani-Ami | |

DATED: November 8, 2021.

    /s/Daniel L. Steinberg
Russell D. Garrett, OSB #882111
russell.garrett@jordanramis.com
Daniel L. Steinberg, OSB #993690
daniel.steinberg@jordanramis.com
Attorneys for Creditors and Interested Parties
Lillian Logan, Cornell Rd LLC, Christiana LLC
and Alexander LLC

Page 4 – CERTIFICATE OF SERVICE

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373
53110-77700 4866-3590-7330.1

Case 19-31883-dwh11   Doc 479   Filed 11/08/21