| 03:30 19-31883-dwh11 & 19-31886-dwh11 | 15005 NW Cornell LLC - db (31883) | DOUGLAS PAHL; NICHOLAS J HENDERSON |
| --- | --- | --- |
| | Vahan M Dinihanian - db (31886) | |
| | Tasha Teherani-Ami - cr/trustee - int party | BRUCE ORR; ELEANOR DUBAY |
| | Alexander LLC et al - cr | DANIEL STEINBERG; RUSSELL GARRETT |
| | Bateman Seidel - cr | TRAVIS HALL |

**Matter: First Amended Objection to claim 1 of Bateman Seidel PC Filed by Interested Party Tasha Teherani-Ami, in her capacity as the trustee of the Sonja Dinihanian GST Trust DTS 1/1/11 (ORR, BRUCE) (Entered: 09/24/2021) [455]**

**Matter: Objection to claim 2 of Bateman Sediel PC Filed by Interested Party Tasha Teherani-Ami, in her capacity as the trustee of the Sonja Dinihanian GST Trust DTS 1/1/11 (ORR, BRUCE) Doc# 456**

**Matter: Notice of Hearing and Motion for Relief From Stay Filed by Alexander LLC, Christiana LLC, Cornell Rd LLC, Lillian Logan Hearing Scheduled for 11/29/2021 at 09:00 AM in/by Telephone Hearing. Doc# 477**

**Matter: Motion to Shorten Time Regarding Emergency Motion for Relief from Automatic Stay of Creditors, Interested Parties and Co-Tenants Lillian Logan, Cornell Rd LLC, Christiana LLC and Alexander LLC Filed by Alexander LLC, Christiana LLC, Cornell Rd LLC, Lillian Logan (STEINBERG, DANIEL) Doc# 479**

**[19-31886-dwh11] Matter: Objection to claim 4 of Lillian Logan Filed by Debtor Vahan M. Dinihanian Jr. (HENDERSON, NICHOLAS) Doc# 106**

Summary of Proceedings

Per Mr. Steinberg, his clients and debtors are close to resolving the relief from motion [477], and they will contact the courtroom deputy if it needs to be put back on the calendar. The motion to shorten time [479] is granted due to the represented nonopposition of 15005.

Re the objections to claims 1 and 2 [455 & 456], Gregory Miner was sworn and examined by Mr. Orr. Those matters, including continued testimony of Mr. Miner, will be continued on 11/22/2021 at 9 am by telephone.

In 19-31886-dwh11, the objection to claim 4 is also continued to the same date and time by telephone.

Order to be prepared by: _____ Clerk's Office   _____ Chambers   Other:

Minute Order: The court GRANTS the motion to shorten time [479].

David W. Hercher
U.S. Bankruptcy Judge