Travis W. Hall, OSB No. 984513
thall@batemanseidel.com
Bateman Seidel PC
1000 SW Broadway, Suite 1910
Portland, OR 97205
D: 503-972-9905
F: 503-972-9920

Attorney for Creditor Bateman Seidel

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re: | ) | Case Nos. |
| | ) | 19-31883-dwh11 (Lead Case) |
| 15005 NW Cornell LLC and | ) | 19-31886-dwh11 |
| | ) | |
| Vahan M. Dinihanian, Jr. | ) | Jointly Administered Under |
| | ) | 19-31883-dwh11 |
| Debtor(s). | ) | |
| | ) | **EXHIBIT LIST FOR CREDITOR** |
| | ) | **BATEMAN SEIDEL** |
| | ) | |
| | ) | Date of Hearing: November 10, 2021, |
| | ) | continued to November 22, 2021 |
| | ) | Time of hearing: 9:00 a.m. |
| | ) | Judge: Hon. David H. Hercher |

Creditor Bateman Seidel (Claim 1-1 and 2-1) through undersigned counsel submits the following exhibit list with proposed exhibits attached hereto.

Page 1 – EXHIBIT LIST FOR CREDITOR BATEMAN SEIDEL.

Bateman Seidel Miner Blomgren Chellis & Gram, P.C.
1000 SW Broadway, Suite 1910
Portland, Oregon 97205
Telephone: (503) 972-9905
Facsimile: (503) 972-9921

Case 19-31883-dwh11    Doc 492    Filed 11/18/21

| EX NO. | DESCRIPTION | STIP'D | OFFERED | ADMITTED |
|---|---|---|---|---|
| 1 | Tenancy in Common Agreement dated May 25, 2006 | | | |
| 2 | Restated Operating Agreement of 15005 NW Cornell LLC dated December 30, 2010 | | | |
| 3 | Trust Deed, Security Agreement, Assignment of Leases and Rents, and Fixture Filing | | | |
| 4 | Third Amended Complaint, Washington County Circuit Court, Case No. 18CV17059 | | | |
| 5 | Line of Credit Trust Deed dated January 14, 2019 | | | |
| 6 | Show Cause Order re: Trustee's Sale, Washington County Circuit Court, Case No. 18CV17059 | | | |
| 7 | Referee Report and Recommendation dated April 9, 2019, Washington County Circuit Court, Case No. 18CV17059 | | | |
| 8 | Court Letter Opinion dated April 26, 2019, Washington County Circuit Court, Case No. 18CV17059 | | | |

Page 2 – EXHIBIT LIST FOR CREDITOR BATEMAN SEIDEL.

Bateman Seidel Miner Blomgren Chellis & Gram, P.C.
1000 SW Broadway, Suite 1910
Portland, Oregon 97205
Telephone: (503) 972-9905
Facsimile: (503) 972-9921

Case 19-31883-dwh11    Doc 492    Filed 11/18/21

| EX NO. | DESCRIPTION | STIP'D | OFFERED | ADMITTED |
|---|---|---|---|---|
| 9 | Letter from Timothy Murphy to Gregory Miner dated March 27, 2019 | | | |
| 10 | Letter from Gregory Miner to Timothy Murphy dated April 2, 2019 | | | |

.

DATED THIS 18TH DAY OF NOVEMBER 2021.

BATEMAN SEIDEL MINER BLOMGREN CHELLIS & GRAM, P.C.

  /s/ Travis W. Hall
Travis W. Hall. OSB No. 984513

Bateman Seidel Miner Blomgren Chellis & Gram, P.C.
1000 SW Broadway, Suite 1910
Portland, Oregon 97205
Telephone: (503) 972-9905
Facsimile: (503) 972-9921

Page 3 – EXHIBIT LIST FOR CREDITOR BATEMAN SEIDEL.

Case 19-31883-dwh11    Doc 492    Filed 11/18/21

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of the foregoing **EXHIBIT LIST FOR CREDITOR BATEMAN SEIDEL** was filed with the court electronically via https://oregon.tylerhost.net/ofsweb. Notice of this filing will be sent by e-mail to all parties participating in the ECF-filing system by operation of the Court's electronic filing system as noted below:

Bruce H. Orr
Wyse Kadish LLP
900 SW 5th Ave
Suite 2000
Portland, Oregon 97204

Douglas R. Pahl
Perkins Coie LLP
1120 NW Couch Street, Tenth Floor
Portland, Oregon 97209-4128

Nicholas J. Henderson
Motschenbacher & Blattner, LLP
811 SW Taylor Street, Suite 300
Portland, Oregon 97204-3029

Stephen Arnot
U.S. Trustee, Portland
620 Main Street #213
Portland, Oregon 97205

DATED THIS 18TH DAY OF NOVEMBER 2021.

BATEMAN SEIDEL MINER BLOMGREN CHELLIS & GRAM, P.C.

/s/ Travis W. Hall
Travis W. Hall, OSB No. 984513

Bateman Seidel Miner Blomgren Chellis & Gram, P.C.
1000 SW Broadway, Suite 1910
Portland, Oregon 97205
Telephone: (503) 972-9905
Facsimile: (503) 972-9921

Page 1 – CERTIFICATE OF SERVICE

Case 19-31883-dwh11    Doc 492    Filed 11/18/21