Nicholas J. Henderson, OSB No. 074027
MOTSCHENBACHER & BLATTNER, LLP
Email: nhenderson@portlaw.com
117 SW Taylor Street Suite 300
Portland, OR 97204
(503) 417-0508 Direct

   *Attorneys for Vahan M. Dinihanian, Jr.*

Douglas R. Pahl, OSB No. 950476
PERKINS COIE LLP
Email: DPahl@perkinscoie.com
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

   *Attorneys for 15005 NW Cornell LLC*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>15005 NW Cornell LLC,<br>Vahan M. Dinihanian, Jr.,<br><br>              Debtors. | Bankruptcy Case Nos.:<br><br>19-31883-dwh11 (Lead Case)<br>19-31886-dwh11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11<br><br>**FIRST AMENDED NOTICE OF SETTLEMENT AND COMPROMISE AND MOTION TO APPROVE SETTLEMENT** |

## AMENDED NOTICE OF SETTLEMENT AND COMPROMISE

NOTICE IS GIVEN that Vahan M. Dinihanian Jr. ("***Dinihanian***") and 15005 NW Cornell, LLC ("***15005 LLC***") (collectively, "***Debtors***") request the Court's approval of a settlement in connection with the Notice of Motion for Relief from Automatic Stay in a Chapter 11/12 Case and

Page 1 of 6     FIRST AMENDED NOTICE OF SETTLEMENT AND     Motschenbacher & Blattner LLP
{00494155:2}    COMPROMISE AND MOTION TO APPROVE SETTLEMENT     117 SW Taylor Street Suite 300
                                                                                                                                                                                                    Portland, OR 97204
                                                                                                                                                                                                    (503) 417-0500

{00494155:2}     Case 19-31883-dwh11     Doc 548     Filed 01/12/22

Notice of Hearing Thereon [Doc. 489] (the "*MFR*") filed by the Tasha Teherani-Ami ("*Creditor*"). The Settlement Agreement negotiated and executed by the Debtors is attached hereto as **Exhibit 1** (the "*Settlement Agreement*"). This Notice is provided pursuant to Fed R. Bankr. P. 2002(a)(3).

YOUR ARE NOTIFIED that unless you file an objection to the proposed action no later than **5:00 p.m. on January 23, 2022**, setting forth the specific grounds for the objection and your relation to the case, with the Clerk of Court at 1001 SW 5th Ave. #700, Portland OR 97204 and serve it on Debtors' counsel, Nicholas J. Henderson, Motschenbacher & Blattner LLP, 117 SW Taylor Street, Suite 300, Portland, OR 97204, the undersigned will proceed to take the proposed action, or apply for an order if required, without further notice or a hearing.

## MOTION TO APPROVE SETTLEMENT

The Debtors, pursuant to FRBP 9019(a) move the Court for entry of an order approving the Settlement Agreement on the MFR, and, in support, the Debtors represent and state as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (O). Venue is proper in this Court pursuant to 28 U.S.C. § 1408.

2. The basis for the relief requested in this Motion include Section 105 of the Bankruptcy Code and FRBP 2002 and 9019.

## BACKGROUND AND SUMMARY OF THE AGREEMENT

3. On August 22, 2012, Creditor filed a petition for dissolution of her marriage to Dinihanian in the Multnomah County Circuit Court, Case No. 1208-68730 (the "*Divorce Proceeding*").

Page 2 of 6
{00494155:2}

FIRST AMENDED NOTICE OF SETTLEMENT AND
COMPROMISE AND MOTION TO APPROVE SETTLEMENT

Motschenbacher & Blattner LLP
117 SW Taylor Street Suite 300
Portland, OR 97204
(503) 417-0500

{00494155:2}     Case 19-31883-dwh11    Doc 548    Filed 01/12/22

4. A General Judgment of Dissolution of Marriage (the "**Divorce Judgment**") was entered in the Multnomah County Circuit Court on March 22, 2016. The Divorce contained a $2.25 million equalizing award in favor of Creditor and against Dinihanian.

5. Dinihanian's obligations under the Divorce Judgment were secured by the following two deeds of trust:

   a. A Trust Deed, Security Agreement, Assignment of Leases and Rents, and Fixture Filing, executed by 15005 LLC as grantor, dated February 1, 2016, recorded February 8, 2016, as Recording No. 2016-008669, in the records of Washington County, Oregon (the "**Cornell Trust Deed**"), encumbering real property commonly known as 15005 NW Cornell Road, Beaverton, OR 97006 and legally described therein (the "**Cornell Property**"); and

   b. A Residential Trust Deed executed by Dinihanian as grantor, dated February 1, 2016, recorded February 8, 2016, as Recording No. 2016-014522, in the records of Multnomah County, Oregon (the "**Skyline Trust Deed**"), encumbering certain real property commonly known as 237 NW Skyline Blvd., Portland, OR 97210 and legally described therein (the "**Skyline Property**").

6. When the Divorce Judgment was not paid, Creditor commenced a non-judicial foreclosure of the Skyline Property and a non-judicial foreclosure of the Cornell Property. The foreclosure sales were scheduled for June 20, 2019.

7. On May 21, 2019, Debtors each filed voluntary petitions under Chapter 11 of Title 11 of the United States Code. On June 13, 2019, the Court entered an order directing that the Debtors' cases be jointly administered. *See* ECF No 26.

8. On May 19, 2021, the Court entered a Stipulated Order Regarding Creditor Tasha Teherani-Ami's Motion for Relief from Stay Re: Cornell Property. *See* ECF No. 397. That order provided that the automatic stay would terminate with respect to the Cornell Property on September 30, 2021.

9. On October 26, 2021, Creditor sent notice of a foreclosure sale for the Cornell Property, scheduled for January 25, 2022.

Page 3 of 6
{00494155:2}
FIRST AMENDED NOTICE OF SETTLEMENT AND COMPROMISE AND MOTION TO APPROVE SETTLEMENT

Motschenbacher & Blattner LLP
117 SW Taylor Street Suite 300
Portland, OR 97204
(503) 417-0500

{00494155:2}    Case 19-31883-dwh11    Doc 548    Filed 01/12/22

10. On November 18, 2021, Creditor filed the MFR, requesting relief from the stay to foreclose against the Skyline Property.

11. The Debtors and Creditor have reached an agreement to resolve the MFR, to enable Dinihanian to evaluate whether he can propose a new Chapter 11 Plan after the scheduled foreclosure of the Cornell Property. The parties agreement was reduced to writing, and fully executed as of January 7, 2022.

12. The terms of the Settlement Agreement are set forth on the attached **Exhibit 1** and the material provisions are as follows:

   a. Debtors shall not appeal judgments entered in Adversary Proceedings 20-03077 and 20-03079;
   b. Debtors shall not contest the scheduled foreclosure sale of the Cornell Property on January 25, 2022; and
   c. Creditor shall withdraw the MFR, and shall not renew it for 90 days following the foreclosure sale of the Cornell Property.

**ARGUMENT**

13. A bankruptcy court should approve a proposed settlement if the court finds the settlement "fair and equitable" based on an "educated estimate of the complexity, expense, and likely duration of . . . litigation, the possible difficulties of collecting on any judgment which might be obtained, and all other factors relevant to a full and fair assessment of the wisdom of the proposed compromise." *TMT Trailer Ferry, 390 U.S. at 424. See also Martin v. Kane (In re A & C Props.)*, 784 F.2d 1377, 1381 (9th Cir. 1986) (a compromise should be approved when it is "fair and equitable").

14. It is sufficient that the Court find that the settlement was negotiated in good faith and is reasonable, fair, and equitable. See *A & C Props.*, 784 F.2d at 1381. Accordingly, a settlement need only "be in the best interests of the estate and 'reasonable, given the particular circumstances of the

Page 4 of 6
{00494155:2}
FIRST AMENDED NOTICE OF SETTLEMENT AND COMPROMISE AND MOTION TO APPROVE SETTLEMENT

Motschenbacher & Blattner LLP
117 SW Taylor Street Suite 300
Portland, OR 97204
(503) 417-0500

{00494155:2}   Case 19-31883-dwh11    Doc 548    Filed 01/12/22

case.'" *Goodwin v. Mickey Thompson Entm't Grp., Inc. (In re Mickey Thompson Entm't Grp., Inc.)*, 292 B.R. 415, 420 (B.A.P. 9th Cir. 2003) (internal citations omitted).

15. To determine whether a compromise is fair and equitable, the Ninth Circuit has held that a bankruptcy court should consider:

   a. [t]he probability of success in the litigation;

   b. the difficulties, if any, to be encountered in the matter of collection;

   c. the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it;

   d. the paramount interest of the creditors and a proper deference to their reasonable views in the premises.

*A & C Props.*, 784 F.2d at 1381 (quoting *Lambert v. Flight Transp. Corp. (In re Flight Transp. Corp. Sec. Litig.)*, 730 F.2d 1128, 1135 (8th Cir. 1984)).

16. The Settlement Agreement resolves the MFR and potential appeals in the adversary proceedings. Any potential appeal of the adversary proceeding judgment(s) would involve a massive record, as the proceedings in the bankruptcy case and the adversary proceedings spanned numerous hearings, and involved large exhibits. Litigating both the MFR and appeals to conclusion would necessarily result in significant administrative expense to both Debtors without either side having a clear probability of success.

17. Second, the Settlement Agreement provides a benefit to both Debtors' estates. Creditor's claim against 15005 LLC will presumably be fully paid at the foreclosure sale on January 25, 2022, and may result in surplus proceeds being returned to 15005 LLC's bankruptcy estate. Dinihanian will be able to then propose a more modest plan to resolve any remaining debts that he has after Creditor's claim is paid. In the event any deficiency balance remains after the scheduled sale, Dinihanian will have time to propose a plan to resolve the deficiency.

Page 5 of 6
{00494155:2}

FIRST AMENDED NOTICE OF SETTLEMENT AND
COMPROMISE AND MOTION TO APPROVE SETTLEMENT

Motschenbacher & Blattner LLP
117 SW Taylor Street Suite 300
Portland, OR 97204
(503) 417-0500

{00494155:2}    Case 19-31883-dwh11    Doc 548    Filed 01/12/22

18. Finally, the Settlement Agreement is the product of consent from both Debtors and Creditor. The agreement of each allows for a speedy and less expensive resolution of the dispute concerning the MFR and the potential appeals.

19. As a result, the Settlement Agreement satisfies the *A & C Properties* factors and should be approved.

WHEREFORE, the Debtors respectfully requested that the Court enter an order, in the form attached hereto as **Exhibit 2**, approving the Settlement Agreement.

DATED this 12th day of January, 2022

| MOTSCHENBACHER & BLATTNER LLP | PERKINS COIE LLP |
|---|---|
| /s/ Nicholas J. Henderson<br>Nicholas J. Henderson, OSB No. 074027<br>117 SW Taylor Street Suite 300<br>Portland, OR 97204-3029<br>Phone: (503) 417-0508<br>Fax: (503) 417-0528 | /s/ Douglas R. Pahl<br>Douglas R. Pahl, OSB No. 950476<br>1120 N.W. Couch Street, 10th Floor<br>Portland, OR 97209-4128<br>Telephone: 503.727.2000<br>Facsimile: 503.727.2222 |
| Attorneys for Plaintiff Vahan M. Dinihanian | Attorneys for Plaintiff 15005 NW Cornell LLC |

Page 6 of 6
{00494155:2}
FIRST AMENDED NOTICE OF SETTLEMENT AND COMPROMISE AND MOTION TO APPROVE SETTLEMENT

Motschenbacher & Blattner LLP
117 SW Taylor Street Suite 300
Portland, OR 97204
(503) 417-0500

{00494155:2}  Case 19-31883-dwh11    Doc 548    Filed 01/12/22

# EXHIBIT 1
# SETTLEMENT AGREEMENT

**EXHIBIT 2**

**PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>15005 NW Cornell LLC,<br>Vahan M. Dinihanian, Jr.,<br><br>      Debtors. | Bankruptcy Case Nos.:<br><br>19-31883-dwh11 (Lead Case)<br>19-31886-dwh11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11<br><br>ORDER RE: DEBTOR'S FIRST AMENDED MOTION TO APPROVE COMPROMISE |

Based on Debtors' First Amended Notice of Settlement and Compromise and Motion to Approve Settlement (Dkt. No. \_\_\_) (the "*Motion*"), and the Court being otherwise fully advised, it is

ORDERED that the Motion is granted and the Settlement Agreement attached hereto as **Exhibit 1** is approved.

###

Order Presented by:

MOTSCHENBACHER & BLATTNER LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB No. 074027
Telephone: 503-417-0508
E-mail: nhenderson@portlaw.com
*Attorneys for Debtor Vahan M. Dinihanian, Jr.*

PARTIES TO SERVE:

**CM/ECF:** All participants.

**First-Class Mail**: None.

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Page 1 of 1   ORDER GRANTING DEBTORS' MOTION TO APPROVE SETTLEMENT
{00494155:2}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-31883-dwh11   Doc 548   Filed 01/12/22

# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, a true and correct copy of the foregoing FIRST AMENDED NOTICE OF SETTLEMENT AND COMPROMISE AND MOTION TO APPROVE SETTLEMENT was provided to the following parties through the Court's Case Management/Electronic Case File system:

- STEPHEN P ARNOT    steve.arnot@usdoj.gov
- CHRISTOPHER N COYLE    chris@vbcattorneys.com, ecfmail@vbcattorneys.com
- ELEANOR A. DUBAY    edubay@tomasilegal.com, kgreene@tomasilegal.com; mholley@tomasilegal.com
- JOSEPH A FIELD    joe@fieldjerger.com, jenny@fieldjerger.com
- RUSSELL D GARRETT    russ.garrett@jordanramis.com, patricia.repp@jordanramis.com; litparalegal@jordanramis.com
- NICHOLAS J HENDERSON    nhenderson@portlaw.com, tcoble@portlaw.com;tsexton@portlaw.com;shalstead@portlaw.com;hendersonnr86571@notify.bestcase.com
- GREGORY J MINER    gminer@batemanseidel.com, bsixberry@batemanseidel.com
- BRUCE H ORR    bho@wysekadish.com, tn@wysekadish.com;drw@wysekadish.com
- ERICH M PAETSCH    epaetsch@sglaw.com, ktate@sglaw.com
- DOUGLAS R PAHL    dpahl@perkinscoie.com, nlesage@perkinscoie.com; docketpor@perkinscoie.com
- TROY SEXTON    tsexton@portlaw.com, nhenderson@portlaw.com, troy-sexton-4772@ecf.pacerpro.com, tcoble@portlaw.com,courtnotices@portlaw.com
- DANIEL L STEINBERG    Daniel.Steinberg@jordanramis.com, Litparalegal@jordanramis.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

I further certify that on the date set forth below, a true and correct copy of the above-described document was sent via first class mail, postage prepaid, to the parties listed on the attached mailing matrix.

DATED: January 12, 2022.

MOTSCHENBACHER & BLATTNER, LLP

/s/Nicholas J. Henderson
Nicholas J. Henderson, OSB No. 074027
Attorneys for Debtor and Defendant,
    Vahan M. Dinihanian, Jr.

Page 1 of 1    CERTIFICATE OF SERVICE
{00494155:2}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-31883-dwh11    Doc 548    Filed 01/12/22

```
Label Matrix for local noticing          15005 NW Cornell LLC                    STEPHEN P ARNOT
0979-3                                   237 NW Skyline Blvd                     DOJ-Ust
Case 19-31883-dwh11                      Portland, OR 97210-1053                 620 SW Main Street
District of Oregon                                                               Suite 213
Portland                                                                         Portland, OR 97205-3026
Wed Jan 12 11:05:44 PST 2022

Alexander LLC                            Alexander LLC                           Attorney General of the US
Attn: Alexander Logan                    Lillian Logan, c/o Daniel L. Steinberg  U.S. Department of Justice
19830 W Dixie Mt. Rd                     Two Centerpointe Drive, 6th Floor       950 Pennsylvania Avenue, NW
North Plains OR 97133-8215               Lake Oswego, OR 97035-8618              Washington DC 20530-0001


Bateman Seidel PC                        Beaverton Chamber of Commerce           Christiana LLC
Gregory J. Miner                         12600 SW Crescent St #160               Attn: Christiana Logan
1000 SW Broadway, Suite 1910             Beaverton, OR 97005-1769                19830 W Dixie Mt. Rd
Portland, OR 97205-3061                                                          North Plains OR 97133-8215


Cornell Rd LLC                           ELEANOR A. DUBAY                        Dan Logan
Attn: Lillian Logan                      Tomasi Salyer Martin                    19830 W Dixie Mt. Rd
19830 W Dixie Mt. Rd                     121 SW Morrison St                      North Plains OR 97133-8215
North Plains OR 97133-8215               Suite 1850
                                         Portland, OR 97204-3120


Daniel Lorenz                            Daniel Lorenz                           Vahan M. Dinihanian Jr.
521 SW Clay                              521 SW Clay St.                         237 NW Skyline Blvd.
Portland, OR 97201-5407                  Portland OR 97201-5407                  Portland, OR 97210-1053


Eagle Holdings LLC                       JOSEPH A FIELD                          RUSSELL D GARRETT
237 NW Skyline Blvd                      Field Jerger LLP                        Two Centerpointe Drive, 6th Floor
Portland OR 97210-1053                   621 SW Morrison Street                  Lake Oswego, OR 97035-8618
                                         Ste 510
                                         Portland, OR 97205-3808


Gregory Miner                            TRAVIS W HALL                           NICHOLAS J HENDERSON
888 SW 5th Ave, Suite 1250               888 SW 5th Ave #1250                    Motschenbacher & Blattner, LLP
Portland OR 97204-2026                   Portland, OR 97204-2026                 117 SW Taylor Street
                                                                                 Ste 300
                                                                                 Portland, OR 97204-3029


Internal Revenue Service                 GREGORY J MINER                         ODR Bkcy
PO Box 7346                              888 SW 5th Ave #1250                    955 Center St NE
Philadelphia PA 19101-7346               Portland, OR 97204-2026                 Salem, OR 97301-2555


BRUCE H ORR                              Office of the Attorney General          Oregon Department of Revenue
Wyse Kadish LLP                          Oregon Department of Justice            955 Center Street NE
900 SW 5th Ave                           1162 Court St. NE                       Salem OR 97301-2555
Ste 2000                                 Salem OR  97301-4096
Portland, OR 97204-1229


Oregon Dept. of Consumer                 Oregon Secretary of State               ERICH M PAETSCH
& Business Services                      Public Service Building                 POB 470
350 Winter St NE 2nd Floor               255 Capitol St. NE, Suite 151           Salem, OR 97308-0470
Salem OR 97301-3875                      Salem OR 97310-1304
```

| DOUGLAS R PAHL | TROY SEXTON | DANIEL L STEINBERG |
|---|---|---|
| 1120 NW Couch St 10th Fl | Motschenbacher & Blattner, LLP | Jordan Ramis PC |
| Portland, OR 97209-4128 | 117 SW Taylor St | 2 Centerpointe Dr 6th Flr |
|  | Ste 300 | Lake Oswego, OR 97035-8618 |
|  | Portland, OR 97204-3029 |  |
| Sortis Holdings, Inc. | Tasha Teherani-Ami | Tasha Teherani-Ami, as trustee for the Sonja |
| co/Joe FIeld | c/o Eleanor A. DuBay | 900 SW 5th Ave, Suite 2000 |
| Field Jerger, LLP | 121 SW Morrison St., Suite 1850 | Portland, OR 97204-1229 |
| 621 SW Morrison St., Ste. 510 | Portland, OR 97204-3120 |  |
| Portland, OR 97205-3808 |  |  |
| US Trustee, Portland | Washington County | Washington County Assessment |
| 1220 SW 3rd Ave., Rm. 315 | Dept of HHS - Code Enforcement | & Taxation |
| Portland, OR 97204-2829 | 155 N. First Ave, MS 5A | 155 N. First Ave |
|  | Hillsboro OR 97124-3001 | Hillsboro OR 97124-3001 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Alexander LLC | (u)Bateman Seidel | (u)Christiana LLC |
|---|---|---|
| (u)Columbia State Bank | (u)Cornell Rd LLC | (u)Delap LLP |
| (u)Lillian Logan | (u)Tasha Teherani-Ami | (u)Tasha Teherani-Ami, in her capacity as th |

End of Label Matrix
Mailable recipients    38
Bypassed recipients     9
Total                  47