**Russell D. Garrett**, OSB #882111
russell.garrett@jordanramis.com
**Daniel L. Steinberg**, OSB #993690
daniel.steinberg@jordanramis.com
JORDAN RAMIS PC
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070
Facsimile: (503) 598-7373

Attorneys for Creditors, Interested Parties and
Co-Tenants Lillian Logan, Cornell Rd LLC,
Christiana LLC, and Alexander LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>15005 NW Cornell LLC; and<br>Vahan M. Dinihanian, Jr. ,<br><br>Debtors. | Bankruptcy Case Nos.<br><br>Case No. 19-31883-dwh11 (Lead Case)<br>19-31886-dwh11<br><br>Jointly Administered Under Case No.<br>19-31883-dwh11<br><br>DECLARATION OF DANIEL STEINBERG IN SUPPORT OF LOGAN PARTIES EMERGENCY MOTION TO CONTINUE HEARING ON DEBTORS' JOINT MOTION TO OBTAIN CREDIT |

   I, Daniel L. Steinberg, am one of the attorneys for Creditors, Interested Parties and Co-Tenants, Lillian Logan, Cornell Rd LLC, Christiana LLC, and Alexander LLC (the "Logan Parties"). I make this declaration based on my own personal knowledge, and if called as a witness, to testify to the matters contained herein.

   1. Shortly after the original hearing date on the Debtors' Joint Motion for Authority to Obtain Credit, I corresponded with attorney Douglas Pahl regarding whether the Debtors would be willing to produce documents without the time and expense of formal discovery.

   2. Attached hereto as Exhibit 1 is a copy of that correspondence.

Page 1 DECLARATION OF DANIEL STEINBERG IN SUPPORT OF LOGAN PARTIES EMERGENCY MOTION TO CONTINUE HEARING ON DEBTORS' JOINT MOTION TO OBTAIN CREDIT–

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

53110-77700 4881-4574-7473.1

Case 19-31883-dwh11 Doc 591 Filed 03/01/22

3. As of March 1, 2022, I have received no documents from the Debtors, nor any further communication regarding the requested documents.

4. On February 27, 2022, I began having trouble speaking after recovering from a cold. By February 28, 2022, I had, for all practical purposes, lost my voice. As a result, I am unable to effectively participate in an evidentiary hearing. My partner, Russell Garrett, is a bankruptcy trustee in Vancouver, Washington and is scheduled to conduct 341a meetings on March 2, 2022.

5. At noon on February 28, 2022, I sent a message to Nicholas Henderson requesting a telephone conference. In the email, I explained that I had laryngitis and that I may be difficult to understand on the phone. Shortly after that, Mr. Henderson and I spoke on the phone. I explained that the Logan Parties were going to request a continuance of the hearing set for March 2, 2022, due to the Debtors' failure to provide discovery and my inability to effectively participate in the hearing due to laryngitis. I then asked if the Debtors would consent.

6. Mr. Henderson told me that Douglas Pahl was taking the lead on these motions and that, given my laryngitis, he would call Mr. Pahl to get the Debtors' formal position on a continuance of the hearing. At 6:44 p.m. on February 28, 2022, Mr. Henderson sent a message informing me that the Debtors intended to go forward with the hearing on March 2, 2022.

7. LAC Tree Farms, LLC, the current holder of the debt secured by 15005 NW Cornell Rd. LLC's interest in the Cornell property has agreed to continue the foreclosure sale currently set for March 9, 2022, until a period of at least one week after a rescheduled hearing on the Debtors' Joint Motion for Authority to Obtain Credit. This assumes that the hearing is set not less than nine weeks from March 2, 2022.

Page 2 DECLARATION OF DANIEL STEINBERG IN SUPPORT OF LOGAN PARTIES EMERGENCY MOTION TO CONTINUE HEARING ON DEBTORS' JOINT MOTION TO OBTAIN CREDIT–

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

53110-77700 4881-4574-7473.1

Case 19-31883-dwh11    Doc 591    Filed 03/01/22

8. The interest rate on the current debt secured by the Debtors in the Cornell property is 4.5 %. The interest on the loan sought by the Debtors is 12%.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on March 1, 2022.

By: */s/ Daniel L. Steinberg*
Daniel L. Steinberg, OSB #993690

Page 3 DECLARATION OF DANIEL STEINBERG IN SUPPORT OF LOGAN PARTIES EMERGENCY MOTION TO CONTINUE HEARING ON DEBTORS' JOINT MOTION TO OBTAIN CREDIT–

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

53110-77700 4881-4574-7473.1

Case 19-31883-dwh11    Doc 591    Filed 03/01/22

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing DECLARATION OF DANIEL STEINBERG IN SUPPORT OF LOGAN PARTIES EMERGENCY MOTION TO CONTINUE HEARING ON DEBTORS' JOINT MOTION TO OBTAIN CREDIT on:

**VIA ECF:**

Nicholas J. Henderson
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Tel: (503) 417-0500
Email: nhenderson@portlaw.com
    Attorneys for Debtor and Debtor-in-Possession Vahan M. Dinihanian, Jr.

Douglas R. Pahl
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
Tel: (503) 727-2000
Email: dpahl@perkinscoie.com
    Attorneys for Debtor and Debtor-in-Possession 15005 NW Cornell LLC

U.S. Trustee
US Trustee, Portland
620 SW Main Street, #213
Portland, OR 97205

Stephen P Arnot
DOJ-UST
620 SW Main Street, Suite 213
Portland, OR 97205
Tel: (503) 326-4004
Email: steve.arnot@usdoj.gov
    Attorney for U.S. Trustee

Joseph A Field
Field Jerger LLP
621 SW Morrison St Ste 510
Portland OR 97205
Email: joe@fieldjerger.com,
jenny@fieldjerger.com

Christopher N Coyle
Vanden Bos & Chapman LLP
319 SW Washington St Ste 520
Portland OR 97204
Email: chris@vbcattorneys.com,
ecfmail@vbcattorneys.com

Page 4 – CERTIFICATE OF SERVICE

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

53110-77700 4881-4574-7473.1

Case 19-31883-dwh11    Doc 591    Filed 03/01/22

| | |
|---|---|
| Eleanor A. DuBay<br>Tomasi Salyer Martin<br>121 SW Morrison Street, Suite 1850<br>Portland, OR 97204<br>    Attorneys for Interested Party Tasha L. Teherani-Ami | Gregory J Miner<br>1610 SW College St<br>Portland OR 97201<br>Email: gminer@batemanseidel.com, bsixberry@batemanseidel.com |
| Travis W Hall<br>Bateman Seidel et al<br>1000 SW Broadway Ste 1910<br>Portland OR 97205<br>Email: thall@batemanseidel.com, bsixberry@batemanseidel.com | Bruce H Orr<br>Wyse Kadish LLP<br>900 SW Fifth Ave Ste 2000<br>Portland OR 97204<br>Email: bho@wysekadish.com, sat@wysekadish.com;drw@wysekadish.com |
| Erich M Paetsch<br>Saalfeld Griggs PC<br>250 Church St SE Ste 200<br>PO Box 470<br>Salem OR 97308<br>Email epaetsch@sglaw.com, ktate@sglaw.com | Troy G Sexton<br>Motschenbacher & Blattner LLP<br>117 SW Taylor St Ste 300<br>Portland OR 97204<br>Email: tsexton@portlaw.com, |

DATED this 1st day of March, 2022.

                                      JORDAN RAMIS PC

                                      By: */s/Daniel L. Steinberg*
                                            Russell D. Garrett, OSB #882111
                                            Daniel L. Steinberg, OSB #993690
                                            Attorneys for Lillian Logan, Cornell Rd LLC, Christiana LLC, and Alexander LLC

Page 5 – CERTIFICATE OF SERVICE        JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

53110-77700 4881-4574-7473.1

Case 19-31883-dwh11    Doc 591    Filed 03/01/22