**Russell D. Garrett**, OSB #882111
russell.garrett@jordanramis.com
**Daniel L. Steinberg**, OSB #993690
daniel.steinberg@jordanramis.com
JORDAN RAMIS PC
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070
Facsimile: (503) 598-7373

Attorneys for Lillian Logan, Cornell Rd LLC,
Christiana LLC, and Alexander LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>15005 NW Cornell LLC; and<br>Vahan M. Dinihanian, Jr.,<br><br>Debtors. | Bankruptcy Case Nos.:<br><br>19-31883-dwh11 (Lead Case)<br><br>19-31886-dwh11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11<br><br>LOGAN PARTIES' OBJECTION TO DEBTOR'S MOTION TO SHORTEN TIME REGARDING DEBTOR'S APPLICATION TO EMPLOY SPECIAL PURPOSE COUNSEL |

Creditors and Interested Parties Lillian Logan, Cornell Rd LLC, Christiana LLC, and Alexander LLC (collectively the "Logan Parties"), by and through their attorneys, Jordan Ramis PC, hereby object to Debtor's Motion to Shorten Time Regarding Application to Employ Special Purpose Counsel (the "Motion to Employ') [Dkt. 653].[1] This objection is supported by the following points and authorities and the court file.

---

[1] This bankruptcy case is administratively consolidated with Vahan M. Dinihanian, Jr.'s bankruptcy case, 19-31886-dwh11.

Page 1 –  LOGAN PARTIES' OBJECTION TO DEBTOR'S MOTION TO SHORTEN TIME REGARDING DEBTOR'S APPLICATION TO EMPLOY SPECIAL PURPOSE COUNSEL

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

53110-77700 4889-0971-2194.1

Case 19-31883-dwh11    Doc 656    Filed 12/05/22

The Logan Parties do not object to time being shortened on the Debtor's Motion to Employ Special Counsel [Dkt. 653]. However, the Logan Parties request that the objection time be set at noon on Wednesday, December 7, 2022, to allow the Logan Parties to sufficiently investigate the statements made in connection with the Debtor's Motion to Employ.

The Motion to Employ was only filed on December 2, 2022, leaving only one business day to respond. Under the circumstances, that is not sufficient.

DATED this 5th day of December, 2022.

JORDAN RAMIS PC

By: /s/Daniel L. Steinberg
Russell D. Garrett, OSB #882111
Daniel L. Steinberg, OSB #993690

Attorneys for Lillian Logan, Cornell Rd LLC, Christiana LLC, and Alexander LLC

Page 2 – LOGAN PARTIES' OBJECTION TO DEBTOR'S MOTION TO SHORTEN TIME REGARDING DEBTOR'S APPLICATION TO EMPLOY SPECIAL PURPOSE COUNSEL

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

53110-77700 4889-0971-2194.1

Case 19-31883-dwh11    Doc 656    Filed 12/05/22

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I electronically filed the foregoing **LOGAN PARTIES' OBJECTION TO DEBTOR'S MOTION TO SHORTEN TIME REGARDING DEBTOR'S APPLICATION TO EMPLOY SPECIAL PURPOSE COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nicholas J. Henderson
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Tel: (503) 417-0500
Email: nhenderson@portlaw.com
    Attorneys for Debtor and Debtor-in-Possession Vahan M. Dinihanian, Jr.

U.S. Trustee
US Trustee, Portland
620 SW Main Street, #213
Portland, OR 97205

Joseph A Field
Field Jerger LLP
621 SW Morrison St Ste 510
Portland OR 97205
Email: joe@fieldjerger.com,
jenny@fieldjerger.com

Douglas R. Pahl
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
Tel: (503) 727-2000
Email: dpahl@perkinscoie.com
    Attorneys for Debtor and Debtor-in-Possession 15005 NW Cornell LLC

Stephen P Arnot
DOJ-UST
620 SW Main Street, Suite 213
Portland, OR 97205
Tel: (503) 326-4004
Email: steve.arnot@usdoj.gov
    Attorney for U.S. Trustee

Christopher N Coyle
Vanden Bos & Chapman LLP
319 SW Washington St Ste 520
Portland OR 97204
Email: chris@vbcattorneys.com,
ecfmail@vbcattorneys.com

Page 3 – LOGAN PARTIES' OBJECTION TO DEBTOR'S MOTION TO SHORTEN TIME REGARDING DEBTOR'S APPLICATION TO EMPLOY SPECIAL PURPOSE COUNSEL

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

53110-77700 4889-0971-2194.1

Case 19-31883-dwh11    Doc 656    Filed 12/05/22

| | |
|---|---|
| Eleanor A. DuBay<br>Tomasi Salyer Martin<br>121 SW Morrison Street, Suite 1850<br>Portland, OR 97204<br>    Attorneys for Interested Party Tasha L. Teherani-Ami | Gregory J Miner<br>1610 SW College St<br>Portland OR 97201<br>Email: gminer@batemanseidel.com, bsixberry@batemanseidel.com |
| Travis W Hall<br>Bateman Seidel et al<br>1000 SW Broadway Ste 1910<br>Portland OR 97205<br>Email: thall@batemanseidel.com, bsixberry@batemanseidel.com | Bruce H Orr<br>Wyse Kadish LLP<br>900 SW Fifth Ave Ste 2000<br>Portland OR 97204<br>Email: bho@wysekadish.com, sat@wysekadish.com;drw@wysekadish.com |
| Erich M Paetsch<br>Saalfeld Griggs PC<br>250 Church St SE Ste 200<br>PO Box 470<br>Salem OR 97308<br>Email epaetsch@sglaw.com, ktate@sglaw.com | Troy G Sexton<br>Motschenbacher & Blattner LLP<br>117 SW Taylor St Ste 300<br>Portland OR 97204<br>Email: tsexton@portlaw.com, |

DATED this 5th day of December, 2022.

                                                              JORDAN RAMIS PC


                                      By:  */s/Daniel L. Steinberg*
                                               Russell D. Garrett, OSB #882111
                                             Daniel L. Steinberg, OSB #993690
                                             Attorneys for Lillian Logan, Cornell Rd LLC, Christiana LLC, and Alexander LLC

Page 4 – LOGAN PARTIES' OBJECTION TO DEBTOR'S MOTION TO SHORTEN TIME REGARDING DEBTOR'S APPLICATION TO EMPLOY SPECIAL PURPOSE COUNSEL

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

53110-77700 4889-0971-2194.1

Case 19-31883-dwh11    Doc 656    Filed 12/05/22