**Russell D. Garrett**, OSB #882111
russell.garrett@jordanramis.com
**Daniel L. Steinberg**, OSB #993690
daniel.steinberg@jordanramis.com
JORDAN RAMIS PC
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070
Facsimile: (503) 598-7373

Attorneys for Lillian Logan, Cornell Rd LLC,
Christiana LLC, and Alexander LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>15005 NW Cornell LLC; and<br>Vahan M. Dinihanian, Jr.,<br><br>        Debtors. | Bankruptcy Case Nos.:<br><br>19-31883-dwh11 (Lead Case)<br><br>19-31886-dwh11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11<br><br>LOGAN PARTIES' OBJECTION TO DEBTOR'S APPLICATION TO EMPLOY SPECIAL PURPOSE COUNSEL (Arbaugh Law) |

      Creditors and Interested Parties Lillian Logan, Cornell Rd LLC, Christiana LLC, and Alexander LLC (collectively the "Logan Parties"), by and through their attorneys, Jordan Ramis PC, hereby offer this precautionary objection to the Debtor's Application for Authorization to Employ Special Purpose Counsel (the "Application to Employ') [Dkt. 655].[1]  This objection is supported by the following points and authorities and the court file.

---

[1] This bankruptcy case is administratively consolidated with Vahan M. Dinihanian, Jr.'s bankruptcy case, 19-31886-dwh11.

Page 1 –  LOGAN PARTIES' OBJECTION TO
              DEBTOR'SAPPLICATION TO EMPLOY
              SPECIAL PURPOSE COUNSEL

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373
53110-77700 4869-8773-8946.1

Case 19-31883-dwh11    Doc 657    Filed 12/05/22

The Logan Parties reserve the right to file a supplemental objection should the deadline to object be extended past noon on December 5, 2022.

OBJECTION

The Logan Parties have concerns about the Application to Employ because, as demonstrated in Exhibit 1, pg. 1 to the Application to Employ, the proposed Special Counsel is requesting a retainer of $10,000 and the Application to Employ does not indicate from whom it will be paid. Additionally, the scope of engagement appears to request that the special counsel only advise Vahan Dinihanian Jr. regarding his personal bankruptcy, yet the application to employ refers to administrative expenses of the Debtor 15005 NW Cornell Rd. LLC as well. Each of the debtors has separate creditors and may have separate interests.

Lillian Logan is a creditor of Vahan Dinihanian Jr. individually, and Christiana LLC, Alexander LLC and Cornell Rd LLC are in the process of seeking attorney's fees based on the proposed resolution of the adversary proceeding between 15005 NW Cornell Rd LLC and Tasha L. Terharani-Ami as trustee of the Sonja Dinihanian GST Trust DTS 1/1/11, Cornell Rd LLC, Christiana LLC, and, Alexander LLC (the "Adversary Proceeding").

The issue in the Adversary Proceeding was the interpretation of a Tenancy in Common Agreement (the "TIC") which provides for attorney's fees to prevailing parties in the event of a dispute. *See* Dkt. 250-1, PDF pg. 43. Because Debtor 15005 did not prevail on its 11 U.S.C §363(h) claim in the Adversary Proceeding, which would have required the court to allow the sale of the property notwithstanding the existence of the TIC, the defendants in that Adversary Proceeding are the prevailing parties and, likely, will be entitled to attorney's fees. Thus, the defendants in the Adversary Proceeding will be creditors of 1500 NW Cornell Rd LLC.

Page 2 – LOGAN PARTIES' OBJECTION TO DEBTOR'SAPPLICATION TO EMPLOY SPECIAL PURPOSE COUNSEL

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373
53110-77700 4869-8773-8946.1

Case 19-31883-dwh11    Doc 657    Filed 12/05/22

The Application to Employ does not reference 15005 NW Cornell Rd LLC's or Vahan Dinihanian's creditors and how the negotiations will take into account the best interest of those creditors and how employment of that special counsel will benefit the creditors of the two bankruptcy estates.

## CONCLUSION

For the foregoing reasons, and without waiving their rights to raise additional objections, the Logan Parties request that the court deny the Application to Employ.

DATED this 5th day of December, 2022.

JORDAN RAMIS PC

By: */s/Daniel L. Steinberg*
Russell D. Garrett, OSB #882111
Daniel L. Steinberg, OSB #993690

Attorneys for Lillian Logan, Cornell Rd LLC, Christiana LLC, and Alexander LLC

Page 3 – LOGAN PARTIES' OBJECTION TO DEBTOR'S APPLICATION TO EMPLOY SPECIAL PURPOSE COUNSEL

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373
53110-77700 4869-8773-8946.1

Case 19-31883-dwh11    Doc 657    Filed 12/05/22

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I electronically filed the foregoing **LOGAN PARTIES' OBJECTION TO DEBTOR'S APPLICATION TO EMPLOY SPECIAL PURPOSE COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nicholas J. Henderson
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Tel: (503) 417-0500
Email: nhenderson@portlaw.com
    Attorneys for Debtor and Debtor-in-Possession Vahan M. Dinihanian, Jr.

U.S. Trustee
US Trustee, Portland
620 SW Main Street, #213
Portland, OR 97205

Joseph A Field
Field Jerger LLP
621 SW Morrison St Ste 510
Portland OR 97205
Email: joe@fieldjerger.com,
jenny@fieldjerger.com

Douglas R. Pahl
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
Tel: (503) 727-2000
Email: dpahl@perkinscoie.com
    Attorneys for Debtor and Debtor-in-Possession 15005 NW Cornell LLC

Stephen P Arnot
DOJ-UST
620 SW Main Street, Suite 213
Portland, OR 97205
Tel: (503) 326-4004
Email: steve.arnot@usdoj.gov
    Attorney for U.S. Trustee

Christopher N Coyle
Vanden Bos & Chapman LLP
319 SW Washington St Ste 520
Portland OR 97204
Email:chris@vbcattorneys.com,
ecfmail@vbcattorneys.com

Page 4 – LOGAN PARTIES' OBJECTION TO DEBTOR'SAPPLICATION TO EMPLOY SPECIAL PURPOSE COUNSEL

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373
53110-77700 4869-8773-8946.1

Case 19-31883-dwh11    Doc 657    Filed 12/05/22

| Eleanor A. DuBay | Gregory J Miner |
| --- | --- |
| Tomasi Salyer Martin | 1610 SW College St |
| 121 SW Morrison Street, Suite 1850 | Portland OR 97201 |
| Portland, OR 97204 | Email: gminer@batemanseidel.com, |
|     Attorneys for Interested Party Tasha L. Teherani-Ami | bsixberry@batemanseidel.com |

| Travis W Hall | Bruce H Orr |
| --- | --- |
| Bateman Seidel et al | Wyse Kadish LLP |
| 1000 SW Broadway Ste 1910 | 900 SW Fifth Ave Ste 2000 |
| Portland OR 97205 | Portland OR 97204 |
| Email: thall@batemanseidel.com, | Email: bho@wysekadish.com, |
| bsixberry@batemanseidel.com | sat@wysekadish.com;drw@wysekadish.com |

| Erich M Paetsch | Troy G Sexton |
| --- | --- |
| Saalfeld Griggs PC | Motschenbacher & Blattner LLP |
| 250 Church St SE Ste 200 | 117 SW Taylor St Ste 300 |
| PO Box 470 | Portland OR 97204 |
| Salem OR 97308 | Email: tsexton@portlaw.com, |
| Email epaetsch@sglaw.com, ktate@sglaw.com | |

DATED this 5th day of December, 2022.

                           JORDAN RAMIS PC


                         By: */s/Daniel L. Steinberg*
                            Russell D. Garrett, OSB #882111
                            Daniel L. Steinberg, OSB #993690
                            Attorneys for Lillian Logan, Cornell Rd LLC, Christiana LLC, and Alexander LLC

Page 5 – LOGAN PARTIES' OBJECTION TO DEBTOR'SAPPLICATION TO EMPLOY SPECIAL PURPOSE COUNSEL

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373
53110-77700 4869-8773-8946.1

Case 19-31883-dwh11    Doc 657    Filed 12/05/22